# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: *James Riley*        SBI#: *169716*

FROM:   Stacy Shane, Support Services Secretary

RE:   **6 Months Account Statement**        *06-1*

DATE:   *December 7, 2005*

---

Attached are copies of your inmate account statement for the months of *June 1, 2005* to *November 30, 2005*.

*The following indicates the average daily balances.*

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| June | (-14.87) |
| July | (-14.87) |
| Aug | (-14.87) |
| Sept | (-14.87) |
| Oct | (-14.87) |
| Nov | (-14.87) |

Average daily balances/6 months: (-14.87)

Attachments
CC: File

*Stacy Shane*
12/7/05

*[signature]*
Notary Public
12/8/05

# Individual Statement

Date Printed: 12/6/2005

Page 1 of 1

## For Month of June 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($14.87) | |
|---|---|---|---|---|---|---|---|
| 00169716 | Riley | James | W | | | | |
| Current Location: | 21 | | | Comments: QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 6/2/2005 | $0.00 | $0.00 | ($0.37) | ($14.87) | 115398 | | DST/POSTAGE | |
| Medical | 6/3/2005 | $0.00 | ($4.00) | $0.00 | ($14.87) | 115636 | | 5/24/05 | |
| Supplies-MailP | 6/9/2005 | $0.00 | $0.00 | ($3.97) | ($14.87) | 118360 | | 6/2/04 | |
| Supplies-MailP | 6/9/2005 | $0.00 | $0.00 | ($3.89) | ($14.87) | 118388 | | 4/7/04 | |
| Supplies-MailP | 6/14/2005 | $0.00 | $0.00 | ($3.97) | ($14.87) | 120287 | | 5/5/04 | |
| Supplies-MailP | 6/21/2005 | $0.00 | $0.00 | ($3.97) | ($14.87) | 122832 | | 9/3/04 | |
| | | | | Ending Mth Balance: | ($14.87) | | | | |

Total Amount Currently on Medical Hold: ($4.00)

Total Amount Currently on Non-Medical Hold: ($110.52)

# Individual Statement

## For Month of July 2005

Date Printed: 12/6/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($14.87) |
|---|---|---|---|---|---|---|
| 00169716 | Riley | James | W | | | |
| Current Location: | 21 | | Comments: QOL4 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Pay-To | 7/8/2005 | $0.00 | $0.00 | ($0.97) | ($14.87) | 130141 | | DST/POSTAGE | |
| Pay-To | 7/18/2005 | $0.00 | $0.00 | ($0.37) | ($14.87) | 132891 | | DST/POSTAGE | |

Ending Mth Balance: ($14.87)

Total Amount Currently on Medical Hold: ($4.00)

Total Amount Currently on Non-Medical Hold: ($110.52)

# Individual Statement - No Transactions This Month

Date Printed: 12/6/2005                      Page 1 of 1

## For Month of August 2005

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($14.87) |
|---|---|---|---|---|---|---|
| 00169716 | Riley | James | W | | | |
| Current Location: | 21 | | | | | |

| Source | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|

| | | | | | Ending Mth Balance: | ($14.87) |

# Individual Statement

Date Printed: 12/6/2005

## For Month of September 2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($14.87) | | |
|---|---|---|---|---|---|---|---|---|
| 00169716 | Riley | James | W | | | | | |
| Current Location: | 21 | | Comments: QOL4 | | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/7/2005 | $0.00 | $0.00 | ($3.65) | ($14.87) | 154744 | | 10/6/04 | |
| Supplies-MailP | 9/22/2005 | $0.00 | $0.00 | ($3.97) | ($14.87) | 161148 | | 11/03/04 | |
| Supplies-MailP | 9/29/2005 | $0.00 | $0.00 | ($0.60) | ($14.87) | 164053 | | POSTAGE | |

Ending Mth Balance: ($14.87)

Total Amount Currently on Medical Hold: ($4.00)
Total Amount Currently on Non-Medical Hold: ($110.52)

# Individual Statement

## For Month of October 2005

Date Printed: 12/6/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($14.87) | |
|---|---|---|---|---|---|---|---|
| 00169716 | Riley | James | W | | | | |
| Current Location: | 21 | | Comments: QOL4 | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 10/5/2005  | $0.00 | $0.00 | ($3.97) | ($14.87) | 166751 | | 1/5/05 | |
| Supplies-MailP | 10/5/2005  | $0.00 | $0.00 | ($3.57) | ($14.87) | 166828 | | 2/2/05 | |
| Supplies-MailP | 10/5/2005  | $0.00 | $0.00 | ($3.73) | ($14.87) | 167075 | | 3/7/05 | |
| Supplies-MailP | 10/6/2005  | $0.00 | $0.00 | ($1.29) | ($14.87) | 167744 | | DST/POSTAGE | |
| Supplies-MailP | 10/12/2005 | $0.00 | $0.00 | ($3.73) | ($14.87) | 170467 | | 6/6/05 | |
| Supplies-MailP | 10/12/2005 | $0.00 | $0.00 | ($3.57) | ($14.87) | 170514 | | 7/4/05 | |
| Supplies-MailP | 10/12/2005 | $0.00 | $0.00 | ($3.57) | ($14.87) | 170670 | | 8/1/05 | |
| Supplies-MailP | 10/13/2005 | $0.00 | $0.00 | ($0.65) | ($14.87) | 171480 | | DST/POSTAGE | |
| Supplies-MailP | 10/13/2005 | $0.00 | $0.00 | ($1.52) | ($14.87) | 171481 | | DST/POSTAGE | |
| Supplies-MailP | 10/13/2005 | $0.00 | $0.00 | ($3.95) | ($14.87) | 171483 | | DST/POSTAGE | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($3.57) | ($14.87) | 171900 | | 9/12/05 | |
| Supplies-MailP | 10/14/2005 | $0.00 | $0.00 | ($0.12) | ($14.87) | 172094 | | 6/27/05 | |

Ending Mth Balance: ($14.87)

Total Amount Currently on Medical Hold: ($4.00)
Total Amount Currently on Non-Medical Hold: ($110.52)

# Individual Statement

## For Month of November 2005

Date Printed: 12/6/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | ($14.87) | |
|---|---|---|---|---|---|---|---|
| 00169716 | Riley | James | W | | | | |
| Current Location: | 21 | | Comments: QOL4 | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 11/4/2005 | $0.00 | $0.00 | ($3.41) | ($14.87) | 180161 | | | |
| Supplies-MailP | 11/10/2005 | $0.00 | $0.00 | ($0.37) | ($14.87) | 182822 | | 10/11/05 | |
| Supplies-MailP | 11/10/2005 | $0.00 | $0.00 | ($0.37) | ($14.87) | 182823 | | | |
| Supplies-MailP | 11/10/2005 | $0.00 | $0.00 | ($0.60) | ($14.87) | 182832 | | | |
| Supplies-MailP | 11/18/2005 | $0.00 | $0.00 | ($3.81) | | 186211 | | 11/8/05 | |

Ending Mth Balance: ($14.87)

Total Amount Currently on Medical Hold: ($4.00)

Total Amount Currently on Non-Medical Hold: ($110.52)