TO: District Court Clerk

Dear Clerk,

Enclosed is the original and 8 copies of Mr. Riley's civil rights complaint pursuant to 42 U.S.C. § 1983.

Prison officials refuse to provide the necessary Marshal Forms to effectuate service of the complaint the defendants named therein.

In order to gain access to the Marshal Forms prison officials require this court to send Mr. Riley a memo verifying the need of such forms because a complaint has been filed with this court.

Please mail Mr. Riley an order for the Marshal Forms.

Thank You!

FILED
DEC 29 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

James Riley
Del. Corr. Center
1181 Paddock Rd.
Smyrna, Del.
19977

Date: Dec. 20, 2005