IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JAMES W. RILEY,                        )
                                       )
                Plaintiff,             )
                                       )
        v.                             ) Civil Action No. 06-001-GMS
                                       )
STANLEY TAYLOR, THOMAS CARROLL,        )
DAVID PIERCE, AMY MUNSON,              )
MEDICAL ASSISTANT MALANEY,             )
CORRECTIONAL MEDICAL SYSTEMS,          )
FIRST CORRECTIONAL MEDICAL,            )
                                       )
                Defendants.            )

**AUTHORIZATION**

I, James W. Riley, request and authorize the agency holding

me in custody to disburse to the Clerk of the Court all payments

pursuant to 28 U.S.C. § 1915(b) and required by the Court's order

dated January 17 , 2006.

This authorization is furnished to the Clerk of Court in

connection with the filing of a civil action, and I understand

that the filing fee for the complaint is $250.00.  I also

understand that the entire filing fee may be deducted from my

trust account regardless of the outcome of my civil action.

This authorization shall apply to any other agency into

whose custody I may be transferred.

Date:  January 20 , 2006.

FILED

JAN 2 6 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Signature of Plaintiff

I/M James Riley

SBI# 169916 UNIT MHU Bldg-21

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

UNITED STATES POSTAGE

PITNEY BOWES

$ 00.390

02 1A

0004608975    JAN 25 2006

MAILED FROM ZIP CODE 19977

Clerk's Office

U.S District Court

844 King Street

Wilmington Delaware

19801

19801+3819 12