IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JAMES W. RILEY,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | ) |
| | ) Civil Action No. 06-001-GMS |
| **STANLEY TAYLOR, THOMAS CARROLL, DAVID PIERCE, AMY MUNSON, MEDICAL ASSISTANT MALANEY, CORRECTIONAL MEDICAL SYSTEMS, FIRST CORRECTIONAL MEDICAL,** | ) ) ) ) ) ) |
| | ) |
|     **Defendants.** | ) |

## ENTRY OF APPEARANCE

TO:   CLERK OF THE COURT

Kindly enter my appearance on behalf of defendant, CORRECTIONAL MEDICAL SERVICES, INC., (incorrectly designated as "Correctional Medical Systems"), in the above-captioned matter.

                                                  MARSHALL, DENNEHEY, WARNER,
                                                COLEMAN & GOGGIN

                                                BY: */s/ Kevin J. Connors*
                                                KEVIN J. CONNORS, ESQ.
                                                DE Bar ID: 2135
                                                1220 North Market Street, 5th Fl.
                                                P.O. Box 8888
                                                Wilmington, DE 19899-8888
                                                Attorney for Defendant, CORRECTIONAL MEDICAL SERVICES, INC., (incorrectly designated as "Correctional Medical Systems")

Dated: June 21, 2006
\15_A\LIAB\KJCONNORS\LLPG\359885\VLLUCAS\13252\15000