IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES W. RILEY, | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )   Civil Action No. 06-001-GMS |
| STANLEY TAYLOR, THOMAS | ) |
| CARROLL, DAVID PIERCE, AMY | ) |
| MUNSON, MEDICAL ASSISTANT | ) |
| MALANEY, CORRECTIONAL | ) |
| MEDICAL SYSTEMS, FIRST | ) |
| CORRECTIONAL MEDICAL, | ) |
| | ) |
|     **Defendants.** | ) |

## CERTIFICATE OF SERVICE

I, KEVIN J. CONNORS, hereby certify an that Entry of Appearance on behalf of defendant, CORRECTIONAL MEDICAL SERVICES, INC., (incorrectly designated as "Correctional Medical Systems"), has been served on June 21, 2006 via electronic filing upon all counsel of record.

                                              MARSHALL, DENNEHEY, WARNER,
                                              COLEMAN & GOGGIN

                                              BY: */s/ Kevin J.Connors*
                                              KEVIN J. CONNORS, ESQ.
                                              DE Bar ID: 2135
                                              1220 North Market Street, 5th Fl.
                                              P.O. Box 8888
                                              Wilmington, DE 19899-8888
                                              Attorney for Defendant, CORRECTIONAL MEDICAL SERVICES, INC., (incorrectly designated as "Correctional Medical Systems")

Dated: June 21, 2006
\15_A\LIAB\KJCONNORS\LLPG\359865\VLLUCAS\13252\15000