IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES W. RILEY, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | |
| ) | |
| STANLEY TAYLOR, THOMAS ) | |
| CARROLL, DAVID PIERCE, AMY ) | CIVIL ACTION NO. 06-001 GMS |
| MUNSON, MEDICAL ASSISTANT ) | TRIAL BY JURY DEMANDED |
| MALANEY, CORRECTIONAL ) | |
| MEDICAL SYSTEMS and FIRST ) | |
| CORRECTIONAL MEDICAL, ) | |
| ) | |
| DEFENDANTS. ) | |

## RULE 7.1.1 STATEMENT OF DEFENDANTS, MEDICAL ASSISTANT MALANEY AND CORRECTIONAL MEDICAL SERVICES, INC.

The undersigned counsel for Defendants, Medical Assistant Malaney and Correctional Medical Services, Inc., improperly named Correctional Medical Systems, hereby certifies that he is unable to contact Pro Se Plaintiff, James W. Riley, directly by telephone to determine whether he consents to the relief requested because Plaintiff is currently incarcerated at the Delaware Correctional Center in Smyrna, Delaware.

> MARSHALL, DENNEHEY, WARNER,
> COLEMAN & GOGGIN
>
> BY:  /s/ Kevin J. Connors
>    KEVIN J. CONNORS, ESQ.
>    DE Bar ID: 2135
>    1220 North Market Street, 5th Fl.
>    P.O. Box 8888
>    Wilmington, DE 19899-8888
>    Attorney for Defendants, Medical
>    Assistant Malaney and Correctional
>    Medical Services, Inc.

DATED:  June 22, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\360473\ESTHOMPSON\13252\00167