## CERTIFICATE OF SERVICE

I, Kevin J. Connors, hereby certify that two (2) copies of the **MOTION OF DEFENDANTS, MEDICAL ASSISTANT MALANEY AND CORRECTIONAL MEDICAL SERVICES, INC., FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** have been served by E-File and Regular Mail to the following:

James W. Riley
SBI #169716
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

        MARSHALL, DENNEHEY, WARNER,
        COLEMAN & GOGGIN

BY:   /s/ Kevin J. Connors
      KEVIN J. CONNORS, ESQ.
      DE Bar ID: 2135
      1220 North Market Street, 5th Fl.
      P.O. Box 8888
      Wilmington, DE 19899-8888
      Attorney for Defendants, Medical Assistant Malaney
      and Correctional Medical Services, Inc.

DATED: June 22, 2006
\15_A\LIAB\ESTHOMPSON\LLPG\360474\ESTHOMPSON\13252\00167