**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES W. RILEY, | ) |
| | ) |
|       PLAINTIFF, | ) |
| | ) |
| V. | ) |
| | ) |
| STANLEY TAYLOR, THOMAS CARROLL, DAVID PIERCE, AMY MUNSON, MEDICAL ASSISTANT MALANEY, CORRECTIONAL MEDICAL SYSTEMS and FIRST CORRECTIONAL MEDICAL, | ) ) ) ) ) ) ) |
| | ) |
|       DEFENDANTS. | ) |

CIVIL ACTION NO. 06-001 GMS
TRIAL BY JURY DEMANDED

**O R D E R**

**AND NOW,** this _____ day of _____, 2006, upon consideration of the Motion of Defendants, Medical Assistant Malaney and Correctional Medical Services, Inc., for Extension of Time to Respond to Plaintiff's Complaint and all Responses thereto, IT IS HEREBY ORDERED that the Motion is GRANTED and Defendants, Medical Assistant Malaney and Correctional Medical Services, Inc., shall respond to Plaintiff's Complaint on or before July 30, 2006.

                                                                                         J.

\15_A\LIAB\ESTHOMPSON\LLPG\356332\PASHELBY\13252\00165