In The United States District Court
For The District Of Delaware

James W. Riley,
  Plaintiff,

v.                                C.A. No. 06-001-GMS

Stanley Taylor, et al.,
  Defendants.

### Notice For Potential Filing Of Petition For Writ Of Mandamus In The Third Circuit Court Of Appeals

To: Judge Gregory M. Sleet
U.S. District Court
844 King Street
Wilmington, Delaware 19801



FILED
JUL 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Please Take Notice that Plaintiff James W. Riley Filed a Request For a Preliminary Injunction/Temporary Restraining Order (P.I/TRO) dated July 9, 2006, For this Court to direct the defendants to provide him immediate medical treatment For his serious medical needs. The P.I/TRO include a request that an independent medical examination be conducted pursuant to the F.R.C.P., Rule 35.

If this Court Fail to issue a Final ruling on plaintiff's P.I/TRO within 30-days then he will File a Writ Of Mandamus to the Third Circuit Court For compliance with Estelle v. Gamble

standard for immediate treatment for serious medical needs that involve unnecessary prolonged pain and suffering. The defendants are clearly recklessly indifferent to plaintiff's life and health. And although the defendants have been placed on notice by service of the initial complaint (I.D.2) they still have not provided plaintiff any treatment for his serious medical needs or provided the treatment mandated by the doctors' orders.

James Riley
Del. Corr. Ctr.

Date: July 16, 2006

cc:

Ophelia M. Waters, Esq. (DAG)
Kevin J. Connors, Esq.



I/M James Riley
SBI# 169916  UNIT MHU Bldg. 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk's Office
U.S District Court
844 King Street
Wilmington, Delaware
19801