IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES W. RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-001 GMS |
| | ) | |
| STANLEY TAYLOR, THOMAS CARROLL, | ) | JURY TRIAL BY TWELVE |
| DAVID PIERCE, AMY MUNSON, MEDICAL | ) | DEMANDED |
| ASSISTANT MALANEY, CORRECTIONAL | ) | |
| MEDICAL SYSTEMS and FIRST | ) | |
| CORRECTIONAL MEDICAL, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

ON THIS _____ day of _____ , 2006, having considered the Motion of Defendants, Medical Assistant Malaney and Correctional Medical Services, Inc., to Dismiss Plaintiff's Complaint, and all Responses thereto, and there being good cause to grant such Motion,

IT IS ORDERED THAT all claims against Defendants, Medical Assistant Malaney and Correctional Medical Services, Inc., are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

_____
The Honorable Gregory M. Sleet

\15_A\LIAB\ESTHOMPSON\LLPG\365384\ESTHOMPSON\13252\00167