## CERTIFICATE OF SERVICE

I, Kevin J. Connors, hereby certify that two (2) copies of the **MOTION OF DEFENDANTS, MEDICAL ASSISTANT MALANEY AND CORRECTIONAL MEDICAL SERVICES, TO DISMISS PLAINTIFF'S COMPLAINT** have been served by E-File and Regular Mail to the following:

James W. Riley
SBI #169716
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                      MARSHALL, DENNEHEY, WARNER,
                      COLEMAN & GOGGIN

                BY:   /s/ Kevin J. Connors
                     KEVIN J. CONNORS, ESQ.
                     DE Bar ID: 2135
                     1220 North Market Street, 5th Fl.
                     P.O. Box 8888
                     Wilmington, DE 19899-8888
                     Attorney for Defendants, Medical Assistant Malaney
                     and Correctional Medical Services, Inc.

DATED:  July 21, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\365385\ESTHOMPSON\13252\00167