## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES W. RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-001 GMS |
| | ) | |
| STANLEY TAYLOR, THOMAS CARROLL, | ) | **FILED UNDER SEAL** |
| DAVID PIERCE, AMY MUNSON, MEDICAL | ) | |
| ASSISTANT MALANEY, CORRECTIONAL | ) | JURY TRIAL BY TWELVE |
| MEDICAL SYSTEMS and FIRST | ) | DEMANDED |
| CORRECTIONAL MEDICAL, | ) | |
| | ) | |
| Defendants. | ) | |

### EXHIBIT 4 OF MOTION OF DEFENDANTS, CORRECTIONAL MEDICAL SYSTEMS, TO DISMISS PLAINTIFF'S COMPLAINT – FILED UNDER SEAL

DATED: July 24, 2006
\15_A\LIAB\ESTHOMPSON\LLPG\365905\PASHELBY\15000\15000