## CERTIFICATE OF SERVICE

I, Kevin J. Connors, hereby certify that two (2) copies of the **EXHIBIT 4 OF MOTION OF DEFENDANTS, CORRECTIONAL MEDICAL SYSTEMS, TO DISMISS PLAINTIFF'S COMPLAINT - FILED UNDER SEAL** have been served by Regular Mail to the following:

James W. Riley
SBI #169716
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

          MARSHALL, DENNEHEY, WARNER,
          COLEMAN & GOGGIN

          BY:   /s/ Kevin J. Connors
              KEVIN J. CONNORS, ESQ.
              DE Bar ID: 2135
              1220 North Market Street, 5th Fl.
              P.O. Box 8888
              Wilmington, DE 19899-8888
              Attorney for Defendant,
              Correctional Medical Services, Inc.

DATED:  July 21, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\364191\PASHELBY\13252\00166