**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES W. RILEY, )<br> )<br>  Plaintiff, )<br> )<br>  v. )<br> )<br>STANLEY TAYLOR, THOMAS CARROLL, )<br>DAVID PIERCE, AMY MUNSON, MEDICAL )<br>ASSISTANT MALANEY, CORRECTIONAL )<br>MEDICAL SYSTEMS and FIRST )<br>CORRECTIONAL MEDICAL, )<br> )<br>  Defendants. ) | Civ. No. 06-001 GMS<br><br>JURY TRIAL<br>DEMANDED |

**OPPOSTION OF DEFENDANTS, CORRECTIONAL MEDICAL SYSTEMS (MORE PROPERLY KNOWN AS CORRECTIONAL MEDICAL SERVICES, INC.) AND MEDICAL ASSISTANT MALANEY, TO PLAINTIFF'S <u>MOTION FOR SUMMARY JUDGMENT</u>**

COME NOW Defendants, Correctional Medical Systems (more properly known as Correctional Medical Services, Inc.) and Medical Assistant Malaney, collectively hereinafter "Defendants", by and through their undersigned counsel, respectfully requesting this Honorable Court to deny plaintiff's Motion for Summary Judgment, and in support thereof, Defendants offer the Memorandum of Points and Authorities filed simultaneously herewith.

                                                MARSHALL, DENNEHEY, WARNER,
                                                COLEMAN AND GOGGIN

         BY:    <u>/s/Kevin J. Connors</u>
                 KEVIN J. CONNORS, ESQUIRE,(DE ID # 2135)
                 1220 N. Market Street, 5th Floor
                 P.O. Box 8888
                 Wilmington, DE  19899-8888
                 (302) 552-4302
                 Attorneys for Correctional Medical Services, Inc. and
                 Assistant Malaney

DATED: <u>August 15, 2006</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JAMES W. RILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-001 GMS |
| ) | |
| STANLEY TAYLOR, THOMAS CARROLL, ) | JURY TRIAL BY TWELVE |
| DAVID PIERCE, AMY MUNSON, MEDICAL ) | DEMANDED |
| ASSISTANT MALANEY, CORRECTIONAL ) | |
| MEDICAL SYSTEMS and FIRST ) | |
| CORRECTIONAL MEDICAL, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

   I hereby certify that on August 15, 2006, I electronically filed the Opposition of Defendants, (more properly known as Correctional Medical Services, Inc.) and Medical Assistant, Malaney, to Plaintiff's Motion for Summary Judgment with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Ophelia Michelle Waters, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

   I hereby certify that on August 15, 2006, I have mailed by United States Postal Service, the Opposition of Defendants, (more properly known as Correctional Medical Services, Inc.) and Medical Assistant, Malaney, to Plaintiff's Motion for Summary Judgment to the following non-registered participant:

James W. Riley
#169716
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY:   */s/ Kevin J. Connors*
         KEVIN J. CONNORS, ESQ.
         DE Bar ID: 2135
         1220 North Market Street, 5th Fl.
         P.O. Box 8888
         Wilmington, DE 19899-8888
         Attorney for Defendants, Medical Assistant
         Malaney and Correctional Medical Services, Inc.