## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES W. RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-001 GMS |
| | ) | |
| STANLEY TAYLOR, THOMAS CARROLL, | ) | JURY TRIAL |
| DAVID PIERCE, AMY MUNSON, MEDICAL | ) | DEMANDED |
| ASSISTANT MALANEY, CORRECTIONAL | ) | |
| MEDICAL SYSTEMS and FIRST | ) | |
| CORRECTIONAL MEDICAL, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

And now this, _____ day of _____, 2006, upon consideration of the Opposition of Defendants, Correctional Medical Systems (more properly known as Correctional Medical Services, Inc.) and Medical Assistant Malaney, to plaintiff's Motion for Summary Judgment, it is hereby Ordered that plaintiff's Motion is DENIED.

So Ordered

_____
Judge