IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES W. RILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 06-001 GMS |
| ) | |
| STANLEY TAYLOR, THOMAS CARROLL, ) | JURY TRIAL |
| DAVID PIERCE, AMY MUNSON, MEDICAL ) | DEMANDED |
| ASSISTANT MALANEY, CORRECTIONAL ) | |
| MEDICAL SYSTEMS and FIRST ) | |
| CORRECTIONAL MEDICAL, ) | |
| ) | |
| Defendants. ) | |

**MOTION OF DEFENDANTS, CORRECTIONAL MEDICAL SYSTEMS (MORE PROPERLY KNOWN AS CORRECTIONAL MEDICAL SERVICES, INC.) AND MEDICAL ASSISTANT MALANEY TO REVOKE THE PRISONER'S I.F.P. STATUS PURSUANT TO FED. R. CIV. P. 60 AND <u>COMPEL IMMEDIATE PAYMENT OF FILING FEES</u>**

COME NOW Defendants, Correctional Medical Systems (more properly known as Correctional Medical Services, Inc.) and Medical Assistant Malaney, collectively hereinafter "Defendants", by and through their undersigned counsel, respectfully request this Honorable Court to enter the attached Order revoking the prisoner's I.F.P. status and compel immediate payment of filing fees within thirty days, or dismiss the Complaint with prejudice, and in support thereof, Defendants offer the Memorandum of Points and Authorities filed simultaneously herewith.

         MARSHALL, DENNEHEY, WARNER,
         COLEMAN AND GOGGIN

    BY: <u>/s/Kevin J. Connors</u>
       KEVIN J. CONNORS, ESQUIRE,(DE ID # 2135)
       1220 N. Market Street, 5th Floor
       P.O. Box 8888
       Wilmington, DE  19899-8888
       (302) 552-4302
       Attorneys for Correctional Medical Services, Inc. and
       Assistant Malaney

DATED: <u>August 22, 2006</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES W. RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-001 GMS |
| | ) | |
| STANLEY TAYLOR, THOMAS CARROLL, | ) | JURY TRIAL BY TWELVE |
| DAVID PIERCE, AMY MUNSON, MEDICAL | ) | DEMANDED |
| ASSISTANT MALANEY, CORRECTIONAL | ) | |
| MEDICAL SYSTEMS and FIRST | ) | |
| CORRECTIONAL MEDICAL, | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on August 22, 2006, I electronically filed the Motion of Defendants, Correctional Medical Systems (more properly known as Correctional Medical Services, Inc.) and Medical Assistant, Malaney to Revoke the Prisoner's I.F.P. Status pursuant to Fed. R. Civ. P. 60 and Compel Immediate Payment of Filing Fees with the Clerk of Court using CM/ECF, which will send notification of such filing to the following:

Ophelia Michelle Waters, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE  19801


    I hereby certify that on August 22, 2006, I have mailed by United States Postal Service, the Motion of Defendants, Correctional Medical Systems (more properly known as Correctional Medical Services, Inc.) and Medical Assistant, Malaney to Revoke the Prisoner's I.F.P. Status pursuant to Fed. R. Civ. P. 60 and Compel Immediate Payment of Filing Fees to the following non-registered participant:

James W. Riley
#169716
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                MARSHALL, DENNEHEY, WARNER,
                COLEMAN & GOGGIN

BY:   */s/ Kevin J. Connors*
         KEVIN J. CONNORS, ESQ.
         DE Bar ID: 2135
         1220 North Market Street, 5th Fl.
         P.O. Box 8888
         Wilmington, DE 19899-8888
         Attorney for Defendants, Medical Assistant
         Malaney and Correctional Medical Services, Inc.