# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES W. RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-001 GMS |
| | ) | |
| STANLEY TAYLOR, THOMAS CARROLL, | ) | JURY TRIAL |
| DAVID PIERCE, AMY MUNSON, MEDICAL | ) | DEMANDED |
| ASSISTANT MALANEY, CORRECTIONAL | ) | |
| MEDICAL SYSTEMS and FIRST | ) | |
| CORRECTIONAL MEDICAL, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

And now this, _____ day of _____, 2006, upon consideration of the Motion to Revoke the Prison's I.F.P. Status Pursuant to Fed. R. Civ. P. 60 and Compel Immediate Payment of Filing Fees, and Plaintiff's Response thereto, it is hereby Ordered that the Motion is Granted and that the plaintiff's I.F.P. status be revoked, pursuant to Fed. R. Civ. P. 60, and the prisoner be compelled to pay the Court-imposed filing fees within thirty days, or the Complaint be dismissed with prejudice.

So Ordered

_____
Judge