# EXHIBIT "1"

# U.S. District Court
## District of Delaware (Wilmington)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00878-GMS

| | |
|---|---|
| Riley v. Carroll et al | Date Filed: 12/16/2005 |
| Assigned to: Honorable Gregory M. Sleet | Jury Demand: None |
| Related Case: 1:06-cv-00001-GMS | Nature of Suit: 555 Prisoner: Prison Conditions |
| Cause: 42:1983 Prisoner Civil Rights | Jurisdiction: Federal Question |

**Plaintiff**

**James Riley**     represented by     **James Riley**
SBI #169716
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
US
PRO SE

V.

**Defendant**

**Thomas Carroll**

**Defendant**

**David Pierce**

**Defendant**

**Anthony Rendina**

**Defendant**

**Captain McCrea**

**Defendant**

**James Watkins**

**Defendant**

**Michael Trader**

**Defendant**

**Todd Drace**

**Defendant**

**John Does**
*of the Institutional Base Classification Committee*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/16/2005 | 1 | MOTION for Leave to Proceed in forma pauperis - filed by James Riley. (Attachments: # 1 Financial Statement)(dab, ) (Entered: 12/20/2005) |
| 12/16/2005 | 2 | COMPLAINT filed pursuant to 42:1983 against Thomas Carroll, David Pierce, Anthony Rendina, McCrea, James Watkins, Michael Trader, Todd Drace, John Does - filed by James Riley. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(dab, ) (Entered: 12/20/2005) |
| 12/16/2005 | 3 | Letter to Clerk of the Court from James Riley regarding complaint and copies. (dab, ) (Entered: 12/20/2005) |
| 12/16/2005 | 4 | FIRST SET OF INTERROGATORIES to Warden Carroll by James Riley.(dab, ) (Entered: 12/20/2005) |
| 12/28/2005 | | Case assigned to Judge Gregory M. Sleet. Please include the initials of the Judge (GMS) after the case number on all documents filed. (rjb, ) (Entered: 12/28/2005) |
| 01/03/2006 | 5 | ORDER granting Motion to Proceed IFP. Filing Fee of $$250.00 Assessed. Plaintiff shall return the attached payment authorization within 30 days. Failure to return payment authorization shall result in dismissal of action without prejudice. (Copy to pltf.) Notice of Compliance deadline set for 2/2/2006. Signed by Judge Gregory M. Sleet on 1/3/06. (asw ) (Entered: 01/03/2006) |
| 01/13/2006 | 6 | Authorization by James Riley requesting Prison Business Office to disburse payments to the Clerk of the Court. (copy of assessment order and authorization to Prison Business Office) (mmm) (Entered: 01/13/2006) |
| 03/30/2006 | 7 | ORDER DISMISSING CASE as frivolous (copy to pltf.) (CASE CLOSED). Signed by Judge Gregory M. Sleet on 3/30/06. (mmm) (Entered: 03/31/2006) |
| 04/10/2006 | 10 | NOTICE OF APPEAL of 7 Order Dismissing Case (1915). Appeal filed by James Riley. Filing fee $ 455. No fee paid. (mmm) (Entered: 05/11/2006) |
| 04/10/2006 | 11 | MOTION for Leave to Appeal in forma pauperis - filed by James Riley. (mmm) (Entered: 05/11/2006) |
| 04/11/2006 | 8 | MOTION for Reconsideration re 7 Order Dismissing Case (1915) - filed by James Riley. (mmm) (Entered: 04/12/2006) |
| 04/13/2006 | 9 | USCA Letter to District Court Clerk regarding D. I. # 7 (Attachments: # 1)(ic, ) (Entered: 04/13/2006) |
| 05/18/2006 | 12 | NOTICE of Docketing Record on Appeal from USCA for the Third Circuit re 10 Notice of Appeal filed by James Riley,. USCA Case Number 06-2667. USCA Case Manager: Carmen M. Hernandez (DOCUMENT IS RESTRICTED AND CAN ONLY BE VIEWED BY COURT STAFF) (ch1, ) (Entered: 05/18/2006) |

| 05/19/2006 | 13 | ORDER denying 8 Motion for Reconsideration re 7 Order Dismissing Case (1915) . Signed by Judge Gregory M. Sleet on 5/19/06. (mmm) (Entered: 05/19/2006) |
| --- | --- | --- |
| 06/05/2006 | 14 | NOTICE OF APPEAL (Amended) of 13 Order on Motion for Reconsideration. Appeal filed by James Riley. No fee paid. (mmm) (Entered: 06/06/2006) |
| 06/08/2006 | 15 | ORDER of USCA granting Appellant's motion for in forma pauperis. Decision of USCA: granted. (ch1, ) (Entered: 06/08/2006) |
| 06/12/2006 | 16 | USCA Letter to District Court Clerk regarding Amended Notice of Appeal (ch1, ) (Entered: 06/12/2006) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 08/21/2006 15:26:27 | | | |
| PACER Login: | md0052 | Client Code: | 13252-167 |
| Description: | Docket Report | Search Criteria: | 1:05-cv-00878-GMS Start date: 1/1/1970 End date: 8/21/2006 |
| Billable Pages: | 2 | Cost: | 0.16 |

CLOSED

# U.S. District Court
## District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:01-cv-00695-JJF

Riley v. Taylor, et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Demand: $0
Related Case: 1:06-cv-00001-GMS
Case in other court: DE Supreme Ct, 589-1999
Cause: 28:1446 Notice of Removal

Date Filed: 10/19/2001
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

James W. Riley          represented by  James W. Riley
                                        #169716
                                        Delaware Correctional Center
                                        1181 Paddock Road
                                        Smyrna, DE 19977
                                        PRO SE

V.

**Defendant**

Warden Stanley Taylor

**Defendant**

Robert Snyder

**Defendant**

Ronald Hosterman

| Date Filed | # | Docket Text |
|---|---|---|
| 10/19/2001 | 2 | MOTION by James W. Riley to Proceed in Forma Pauperis re: [2-1] motion (rwc) (Entered: 10/19/2001) |
| 10/19/2001 | 3 | NOTICE of Appeal filed by James W. Riley. (rwc) (Entered: 10/19/2001) |
| 10/19/2001 | 4 | Opening Brief re: Petition for DeNovo Review of DE Supreme Court Decisions, Filed by James W. Riley. (rwc) (Entered: 10/19/2001) |
| 10/19/2001 | 1 | MEMORANDUM & ORDER granting leave to proceed in forma pauperis and dismissing action as frivolous (signed by Judge Joseph J. Farnan Jr.) Copies to: pltf (rwc) (Entered: 10/22/2001) |
| 10/19/2001 |   | Case closed (dlk) (Entered: 10/22/2001) |

CLOSED

# U.S. District Court
### District of Delaware (Wilmington)
### CIVIL DOCKET FOR CASE #: 1:00-cv-00366-JJF

Riley v. Snyder, et al
Assigned to: Honorable Joseph J. Farnan, Jr.
Demand: $0
Related Case: 1:06-cv-00001-GMS
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 04/03/2000
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**James W. Riley**
*on behalf of himself and all prisoners currently under a sentence of death in the State of Delaware*

represented by **James W. Riley**
#169716
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977
PRO SE

V.

**Respondent**

**Warden Robert Snyder**

**Respondent**

**M. Jane Brady**

**Respondent**

**State of Delaware**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/03/2000 | 1 | MEMORANDUM and ORDER that pet's application to impose moratorium is dismissed and relief denied. No cause exists for issuance of certificate of appealability and clerk shall attach forms for leave to file a successive petition. ( signed by Judge Joseph J. Farnan Jr. ) copies to: pet (dab) (Entered: 04/04/2000) |
| 04/03/2000 | 2 | PETITION to Impose a Moratorium on Capital Punishment in the State of Delaware filed (dab) (Entered: 04/04/2000) |
| 04/12/2000 | 3 | MOTION by James W. Riley for Reconsideration of [1-1] order to Impose A Moratorium re: [3-1] motion (sm) (Entered: 04/14/2000) |
| 04/24/2000 | 4 | ORDER that the Petitioner's [3-1] motion for Reconsideration of [1-1] order to Impose A Moratorium is DENIED. ( signed by Judge Joseph J. Farnan Jr. ) copies to: Petitioner (sm) (Entered: 05/02/2000) |

| | | |
|---|---|---|
| 04/24/2000 | | Case closed (sm) (Entered: 05/02/2000) |
| 05/16/2000 | 5 | NOTICE OF APPEAL by James W. Riley [4-1] order . Fee Status: NOT PAID (Notice of Appeal was forwarded from U.S.C.A. 3rd Cir. received there on 5/17/00) (sm) (Entered: 05/22/2000) |
| 05/22/2000 | 6 | Letter to the Clerk of the Court dated 5/19/00 by U.S.C.A. 3rd Cir. RE: Enclosed notice of appeal filed by Mr. Riley for docketing. (sm) (Entered: 05/22/2000) |
| 05/26/2000 | | Certified and transmitted record on appeal to U.S. Court of Appeals: [5-1] appeal by James W. Riley; exit certified copies of docket entries indicating record complete for appeal purposes (am) (Entered: 05/26/2000) |
| 05/26/2000 | | copies to The Honorable Joseph J. Farnan, Jr., James W. Riley (am) (Entered: 05/26/2000) |
| 06/01/2000 | | NOTICE of Docketing ROA from USCA Re: [5-1] appeal by James W. Riley USCA NUMBER: 00-1702 (sm) (Entered: 06/06/2000) |
| 06/09/2000 | 7 | Motion to Proceed in Forma Pauperis by James W. Riley (Sent to 3rd CCA) (sm) (Entered: 06/13/2000) |
| 06/14/2000 | | Transmitted first supplemental record on appeal: [5-1] appeal by James W. Riley (dab) (Entered: 06/14/2000) |
| 06/20/2000 | 8 | Return Acknowledgment of the first suppl. record to Third Circuit, U.S. Court of Appeals on 6/16/00. (sm) (Entered: 06/21/2000) |
| 07/05/2000 | 9 | JUDGMENT OF USCA (certified copy) Re: [5-1] appeal; The motion to proceed in forma pauperis is granted. This appeal will be submitted to a panel of the Court for determination of whether a certificate of appealability should issue. (sm) (Entered: 07/07/2000) |
| 04/12/2001 | 10 | ORDER OF USCA (certified copy) Re: Insofar as Appellant is attempting to bring a class action on behalf of all inmates currently under a sentence of death in Delaware, the appeal is dismissed for lack of jurisdiction. Appellant does not have standing to bring such a suit because he was not sentenced under the challenged statute. Insofar as the petition can be read to be a habeas petition challenging only Appellant's sentence, a certificate of appealability is denied. Appellant has already filed one habeas petition and has not received permission from this Court to file a second or successive petition. See 28 U.S.C. 2244. Construing Appellant's notice of appeal as an application seeking permission to file a second or successive petition, the application is denied as Appellant meets neither the standard in 2244, nor the pre-AEDPA abuse of the writ standard. (sm) (Entered: 04/16/2001) |