IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| James W. Riley,                           )<br>              Plaintiff,                     )<br>                                                     )<br>        v.                                         )<br>                                                     )<br>Stan Taylor, Thomas Carroll, David Pierce, )<br>HSA Amy Munson, and Assistant Malaney, )<br>              Defendants.                  ) | Civil Action No. 06-00001GMS |

## STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Defendants Taylor, Carroll, and Pierce (collectively "State Defendants") by and through their undersigned counsel, hereby move this Honorable Court pursuant to Federal Rule of Civil Procedure Rule 56 to enter judgment as a matter of law. To support their Motion, State Defendants offer the Memorandum of Points and Authorities filed simultaneously herewith.

                                                       **STATE OF DELAWARE**
                                                       **DEPARTMENT OF JUSTICE**

                                                       __/s/ Ophelia M. Waters_____
                                                       Ophelia M. Waters, I.D. No. 3879
                                                       Deputy Attorney General
                                                       820 North French Street, 6th Floor
                                                       Wilmington, Delaware 19801
                                                       (302) 577-8400
                                                       Attorney for State Defendants

DATE: August 25, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2006, I electronically filed *State Defendants' Motion for Summary Judgment* with the Clerk of Court using CM/ECF.  I hereby certify that on August 25, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant: James W. Riley; SBI # 169716; Delaware Correctional Center; 1181 Paddock Road; Smyrna, DE 19977.

.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. #3879
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302)577-8400
ophelia.waters@state.de.us