In The United States District Court

For The District Of Delaware

James W. Riley,

    Plaintiff,

v.                                          Civ. No. 06-001-GMS

Stanley Taylor, et Al.,

    Defendants

Motion To Amend To Correct
Inadvertent Mis-spelled Name
Of Medical Vendor Defendant

The Plaintiff Amend To correct mis-speiled
Name Of Medical Vendor defendant. Substitute
correct name "Correctional Medical Services,
Inc," For incorrect name "Correctional Medical
Systems", hereafter "CMS"

Thank you,

James Riley

Plaintiff

Date: Aug. 24, 2006

cc:

Kevin J. Connors

Ophelia M. Waters