In The United States District Court
For The District Of Delaware

| | |
|---|---|
| James W. Riley, | C.A. No. 06-001-GMS |
| v. | |
| Stanley Taylor, et Al. | Notice Of Motion |

To: Judge Gregory M. Sleet
Delaware District Court

FILED 2006 AUG 28 PH 12:07 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE BD scanned

The attached Plaintiff's Reply To Medical Defendants' Opposition To Plaintiff's Request For Summary Judgment may exceed the page limitation requirement for Replies. However, in any event due to defendants continuous intentional false and misleading arguments plaintiff had to use more pages than required to reply thereto. Thus instead of providing plaintiff the medical treatment overdue to him, however the defendants choose to argue falsely in defense of their continued reckless disregard for plaintiff's 8th Amend. Right which constitute callous deliberate indifference. Thus this court has failed to take immediate steps to protect plaintiff's access to medical treatment pending the final outcome of this case. Plaintiff's Request For Preliminary Injunction have not yet been ruled upon by this court and the delay is causing plaintiff irreparable injury.

Aug. 21, 2006

James W. Riley
Plaintiff