IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES W. RILEY, *pro se*, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1 GMS |
| ) | |
| AMY MUNSON, *et al.* ) | |
| ) | |
| Defendants. ) | |

### ORDER

It appearing from the court file and docket that a United States Marshal Form 285 was returned unexecuted on July 18, 2006, as to the defendant Amy Munson, and the 120-day limit for the completion of service in this case having expired on April 3, 2006, and the defendant not having been served within that time period,

IT IS HEREBY ORDERED that:

1. The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed as to the defendant Amy Munson without further notice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

August __29__, 2006

_____
UNITED STATES DISTRICT JUDGE