In The United States District Court
For The District Of Delaware

James W. Riley,
　　Plaintiff,

v.

Stanley Taylor, et Al.,
　　Defendants

Civ. No. 06-001-GMS

## Plaintiff's Response To Defendants CMS' And Malaney's Frivolous Motion To Revoke Plaintiff's In Forma Pauperis Status

Now comes the plaintiff James W. Riley who respectfully request that this Court to deny defendants Motion To Revoke plaintiff's In Forma Pauperis status (IFP). The defendants request plaintiff's IFP status be revoked pursuant to 28 U.S.C. § 1915 (g) because he had three (3) previous civil actions (lawsuits) dismissed by the district court as frivolous.

Defendants rely on cases 1:05-cv-00828-GMS which is pending on appeal in the Third Circuit Court; 1:01-cv-00695-JJF; and 1:00-cv-00366-JJF which is not a lawsuit, but rather plaintiff filed a petition to Impose A Moratorium On Capital Punishment In The State Of Delaware, in which the

court designated as a petition for writ of Habeas Corpus.

Thus case 1:00-cv-00366 don't qualify under § 1915(g). And since the district court's § 1915(g) screening process in the case at bar was conducted on March 9, 2006, 22-days prior to the screening in 1:05-cv-00878 on March 30, 2006 (see I.D. #7 entry to Exhibit-1 to defendants' Motion to Revoke I.F.P), thus it will be against the policy of § 1915(g) to apply the rule retrospectively or retroactively.

Therefore, the defendants' motion to Revoke plaintiff's IFP status should be denied by this court as itself frivolous.

James Riley
Dela. Corr. Ctr.
1181 Paddock Rd.
Smyrna, Dela. 19977

Date: Aug. 24, 2006

# Certificate of Service

I, _James Riley_, hereby certify that I have served a true and correct cop(ies) of the attached: _Plaintiff's Response To Defendants' Motion To Revoke IFP_ upon the following parties/person (s):

TO: _Kevin J. Connors_
_1220 N. Market St._
_5th, Fl., P.O. Box 8888_
_Wilmington, Delaware_
_19899-8888_

TO: _____

TO: _Ophelia M. Waters_
_Deputy Attorney Attorney_
_Department of Justice_
_820 N. French St._
_Wilm., Delaware 19801_

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this ~~day of~~ _James Riley_ ~~2006~~

_Aug. 28. 2006_



I/M James Riley
SBI# 169716   UNIT MKU Bldg. 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of the Court
U.S. District Court
844 King Street
Wilmington, Delaware
19801