IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES W. RILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1 GMS |
| ) | |
| AMY MUNSON, et al. ) | |
| ) | |
| Defendants. ) | |

FILED
OCT - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**ORDER**

WHEREAS, on January 3, 2006, the plaintiff filed a Complaint against the above-captioned defendant(s) (D.I. 2);

WHEREAS, on July 18, 2006, a U.S. Marshal 285 form was returned unexecuted as to Amy Munson (D.I. 19);

WHEREAS, on August 29, 2006, the court entered an Order (D.I. 35) for the plaintiff to show good cause, in writing, within thirty (30) days of the date of the Order, as to why the above-captioned case should not be dismissed as to the defendant Amy Munson, without further notice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure; and

WHEREAS, to date, the court's docket reflects that the plaintiff has not shown cause and has had no further contact with the court as to the defendant Amy Munson.

IT IS HEREBY ORDERED that:

1. The above-captioned civil action is dismissed without prejudice as to Amy Munson pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

Dated: October 3, 2006

_____
UNITED STATES DISTRICT JUDGE