In The United States District Court
For The District Of Delaware

James W. Riley,
   Plaintiff,

v.                                        C.A. No. 06-001-GMS

Stanley Taylor, et al.,
   Defendants.

Motion To Stay All Proceedings
Until The Third Circuit Court
Rule On Petition For Writ Of
Mandamus

   The plaintiff James Riley request that this Court Stay All Proceedings Until The Third Circuit Court of Appeals rule on plaintiff's pending Petition For Writ Of Mandamus. See In Re James W. Riley, No. 06-4004 (3d Cir. Ct.).

   If This Court refuse to grant this Motion Then Following responses are given in prosecution hereto:

   1. On August 29, 2006, This Court issued an Order to Show cause why The complaint should not be dismissed against defendant Amy Munson For Failure of The United States Marshal to execute service of The complaint upon her. Good cause is shown in plaintiff's Motion For P.I./TRO

and Motion for Summary Judgment that defendant Munson violated plaintiff's 8th Amendment right to basic medical treatment. Thus the court shall simply compel the Attorney General Office and defendant Commissioner Taylor (Munson former employer) to provide the U.S Marshal Office with Ms. Munson last Known private residential address to complete service of the complaint and court's orders.

2. On August 25, 2006, defendants Taylor, Carroll and Pierce filed a Motion for Summary Judgment. However, plaintiff filed for Summary Judgment First on July 26, 2006, against all defendants et. al. To the extent that by Rule defendants' Request for Summary Judgment should be designated as a Counter-Summary Judgment, however it is without merit, frivolously requested and is not supported by any sworn Affidavit[s].

3. Plaintiff is entitled to Summary Judgment because the defendants does not and cannot disputed the sworn averments contained in his supporting affidavit and other documented records attached thereto.

Wherefore, for good cause shown above, this court should stay all proceedings or designate the responses to the issues stated in paragraphs 1 thru 3 respectfully.

Date: Sept. 29, 2006
CC: Kevin J. Connors
    Ophelia M. Waters

James W. Riley
James Riley
Dela. Corr. Ctr.
Smyrna, Dela. 19977

I/M James Riley
SBI# 169216  UNIT Mod. Bldg. 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

US POSTAGE $00.39 OCT 03 2006 MAILED FROM ZIPCODE 19977

Clerk of The Court
United States District Court
844 King Street
Wilmington, Delaware
19801