From: James W. Riley
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

To: Clerk of The Court
U.S. District Court of Dela.
844 King Street, Lockbox 18
Wilmington, Delaware 19801

FILED
OCT 12 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Riley v. Taylor, C.A. No. 06-01 GMS

Dear Clerk,

It seem to be a discrepancy in what was filed by plaintiff Riley and The Court's ORDER dated October 3, 2006 which conflict with Plaintiff's Motion To Stay All Proceedings.

Therefore, please provide plaintiff with an up-to-date Docket Sheet to verify all entries so That plaintiff may exercise his right to file an adequate response To The Court's erroneous October 3, 2006 Order.

Thank you!

James Riley
Plaintiff

Date: Oct. 10, 2006

I/M James Riley
SBI# 169916  UNIT MHU Bldg. 21
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk's Office
U.S District Court
844 King Street
Wilmington, Delaware
19801