**STATE OF DELAWARE**
DEPARTMENT OF JUSTICE

**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:
[New Castle County-Civil Division]

November 3, 2006

The Honorable Gregory M. Sleet
United States District Court
For the District of Delaware
844 North King Street
Wilmington, DE 19801

        Re:    *Riley v. Taylor, et al.*
               <u>C.A. No. 06-01-GMS</u>

Dear Judge Sleet:

      This letter is to advise Your Honor of Deputy Warden David Pierce's recent discussion with James Rundle, Health Services Administrator for CMS at DCC concerning James Riley's current medical care status.

      Mr. Rundle informed Deputy Warden Pierce that CMS Medical Director for DCC, Dr. Rodgers, has reviewed Mr. Riley's medical chart and has rewritten the order for an ophthalmology consultation scheduled immediately. Also, the CMS Regional Medical Director has approved the purchase of a pair of "high-top" sneakers for Mr. Riley.

      Lastly, Dr. Rodgers will examine Mr. Riley on November 3, 2006 to resolve any remaining medical care issues.

      As always, should Your Honor have further questions or concerns in this matter, I remain available at the court's convenience.

                          Very truly yours,

                          /s/ Ophelia M. Waters

                          Ophelia M. Waters,
                          Deputy Attorney General

cc:    Clerk of Court
        James W. Riley
        Kevin J. Connors, Esquire