**1220 N. Market St., 5th Floor, P.O. Box 8888 · Wilmington, DE 19899-8888**
**(302) 552-4300 · Fax (302) 651-7905**

**Direct Dial: 302-552-4302**
**Email: kjconnors@mdwcg.com**

November 13, 2006

The Honorable Gregory M. Sleet
U.S. District Court
844 N. King Street, Room 4209
Lock Box 19
Wilmington, DE 19801

    Re:    Riley v. CMS
            Our File No: 13252-00167
            Civ. No.: 06-001-GMS

Dear Judge Sleet:

    Please accept this letter as a response to the Court's October 27, 2006 Order that the parties advise whether Riley has received the sneakers that were ordered in February 2005 and whether Riley underwent the eye consultation as ordered in January 2005. Attached are the physician orders requesting a consultation with an optometrist and high top sneakers.

    Correctional Medical Services became the medical provider at DCC on July 1, 2005. Therefore, prescriptions written prior to that time were by a prior medical provider under their policies. It is not the policy of CMS to provide high top sneakers. However, in an effort to honor the prior written prescription, on November 10, 2006 an order was written for high top sneakers.

    Plaintiff was treated on November 10, 2006 at which time Snellen and Rosenbaum examinations were performed on his eyes. Based upon the results of these examinations, a consultation with an optometrist was deemed necessary; however, an optometrist was not available on November 10 or 13, 2006. Therefore, a Consultation Request was completed, requesting a consultation with an optometrist.

The Honorable Gregory M. Sleet
November 13, 2006
Page 2

---

                Respectfully yours,

                /S/ KEVIN J. CONNORS

                KEVIN J. CONNORS

Enclosures

cc:    Clerk of Court
        Ophelia M. Waters, Esquire
        James W. Riley
        Marcia Stafford, Western Litigation

\15_A\LIAB\ESTHOMPSON\CORR\389849\ESTHOMPSON\13252\00167