IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES W. RILEY, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| V. ) | |
| ) | |
| STANLEY TAYLOR, THOMAS ) | |
| CARROLL, DAVID PIERCE, AMY ) | CIVIL ACTION NO. 06-001 GMS |
| MUNSON, MEDICAL ASSISTANT ) | TRIAL BY JURY DEMANDED |
| MALANEY, CORRECTIONAL ) | |
| MEDICAL SYSTEMS and FIRST ) | |
| CORRECTIONAL MEDICAL, ) | |
| ) | |
| DEFENDANTS. ) | |

## SEALED DOCUMENTS

Contains CONFIDENTIAL INFORMATION
To Be Opened Only By Or As Directed By The Court
C. A. NO.: 06-001 GMS

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: __/s/ Kevin J. Connors_
Kevin J. Connors, Esquire
I.D. No. 2135
1220 N. Market Street, 5th Floor
P.O. Box 8888
Wilmington, DE  19899
(302) 552-4302
Attorney for Defendant,
Correctional Medical Services, Inc.

DATED: November 14, 2006

\15_A\LIAB\ESTHOMPSON\LLPG\389990\PASHELBY\15000\15000