IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES W. RILEY, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| STANLEY TAYLOR, THOMAS CARROLL, DAVID PIERCE, AMY MUNSON, MEDICAL ASSISTANT MALANEY, CORRECTIONAL MEDICAL SYSTEMS and FIRST CORRECTIONAL MEDICAL, | ) ) ) ) ) ) | CIVIL ACTION NO. 06-001 GMS TRIAL BY JURY DEMANDED |
| | ) | |
| DEFENDANTS. | ) | |

**ORDER**

AND NOW, this 14th day of Nov., 2006, upon consideration of the Motion of Defendants, Medical Assistant Malaney and Correctional Medical Services, Inc., for Extension of Time to Respond to the Court's October 27, 2006 Order and all Responses thereto, IT IS HEREBY ORDERED that the Motion is GRANTED and Defendants, Medical Assistant Malaney and Correctional Medical Services, Inc., shall respond to the Court's October 27, 2006 Order on or before November 14, 2006.

_____
J.

\15_A\LIAB\ESTHOMPSON\LLPG\388285\ESTHOMPSON\13252\00167



FILED
NOV 1 4 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE