OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br>CLERK | UNITED STATES COURT OF APPEALS<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | TELEPHONE<br>215-597-2995 |

Peter T. Dalleo, Clerk
United States District Court
 for the District of Delaware
J. Caleb Boggs Federal Building
Lockbox 18
844 King Street
Wilmington, DE 19801-3570

In Re:  James Riley 06-4004
Related to Civil No. 06-cv-00001

Dear Clerk:

　　　　Enclosed herewith are copies of the following documents filed today in the above-entitled case:

　　　　1.　　Opinion

　　　　2.　　Certified copy of the Judgment denying the issuance of a writ of mandamus.

　　　　Please acknowledge receipt of the above documents on the enclosed copy of this form.

　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　MARCIA M. WALDRON, Clerk


　　　　　　　　　　　　　　　　By: Carmen M. Hernandez
　　　　　　　　　　　　　　　　　 Case Manager
　　　　　　　　　　　　　　　　　 Direct Dial: 267-299-4952

Enclosures
cc: JWR, KJC, OMW