UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-4004
_____

IN RE: JAMES RILEY,
Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to Civ. No. 06-cv-00001)

_____
Submitted Under Rule 21, Fed. R. App. P.
October 13, 2006

Before:  SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges.

**JUDGMENT**

This cause came on to be heard on a petition for writ of mandamus.  On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the petition for writ of mandamus be, and the same is, denied.

All of the above in accordance with the Opinion of the Court.

ATTEST:

/s/ Marcia M. Waldron
 Clerk

DATED:  November 15, 2006



A True Copy:

Marcia M. Waldron, Clerk