**HLD-6**  (October 2006) **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 06-4004
_____

IN RE: JAMES RILEY,
 Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of Delaware
(Related to Civ. No. 06-cv-00001)

_____
Submitted Under Rule 21, Fed. R. App. P.
October 13, 2006

Before: SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges.

(Filed  November 15, 2006)

_____

OPINION
_____

PER CURIAM

Pro se petitioner James Riley seeks a writ of mandamus to compel the United States District Court for the District of Delaware to rule immediately on his motion for preliminary injunction/temporary restraining order filed July 18, 2006.[1]

---

[1] Petitioner seeks an order directing the District Court to grant his preliminary injunction/temporary restraining order.  Because such relief is beyond the scope of the relief available under 28 U.S.C. § 1651(a), we construe the petition instead, as seeking an

On October 27, 2006, the District Court entered an order denying Riley's motion for preliminary injunction/temporary restraining order.  Because Riley has now received the relief he sought in filing his mandamus petition – a ruling on that motion– we will deny his mandamus petition as moot.

---

order that directs the District Court to rule immediately on the motion for preliminary injunction/temporary restraining order.