In The United States District Court
For The District of Delaware

James W. Riley,
    Plaintiff,

v.

Stanley Taylor, et al.,
    Defendants

C. A. No. 06-01-GMS

FILED
JAN -5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion For Trial And Appointment OF Counsel

    The plaintiff James Riley hereby request that this case be scheduled for trial by jury at its earliest convenience.

    The Court shall set a scheduling order for controlling the trial, any pretrial conference, the subpoena of witnesses and discovery of documents from the News Journal Paper regarding a 6-month investigation conducted by journalist Lee Williams and Esteban Parra on the Delaware Department Corrections (DOC) health care involving the Correctional Medical Service Inc. and First Correctional Medical, Inc. contracted by the DOC defendants to provide medical care to prisoners.

    Since these documents contain pertinent information and sworn statements from former medical staff employees of CMS/FCM not privileged to inmates, then this

Court shall consider appointing counsel to assist plaintiff with discovery and process of these documents.

The plaintiff suggest that this Court appoint Attorney Stephen A. Hampton of Grady & Hampton, LLC, 6 North Bradford Street, Dover, Delaware 19904 (Ph. No. #302-678-1265). Mr. Hampton is familliar with the prison health care situation and will service the interest of justice.

*James Riley*
PLAINTIFF

Date: December 27, 2006