To: Clerk OF The Court
U.S District Court OF Delaware                              061

This is to advise you that the enclosed plaintiff's "Amended Petition" and "Motion For Trial And Appointment of Counsel" are to be substituted in place of the ones mailed to the Court on December 30, 2006. The enclosed ones are the original written documents with the original exhibit attachment.

The defendants' Counsels were served with copies of the substituted motions on January 3, 2007.

Thank You!
James Riley
Plaintiff

Date: Jan. 3, 2007



FILED
JAN -5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RO scanned