In The United States District Court
For The District Of Delaware

James W. Riley,
    Plaintiff,

v.

Stanley Taylor, et al.,
    Defendants

C.A. No. 06-01-GMS


FILED
JAN 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## Notice of Motion

Dear Judge Sleet,

    Please take notice that the attached motion for Funds to Hire Medical Examiner and Expert Witness shall be considered at the earliest time most convenient to the Court.

    This is also to notify the Court that the defendants still have not provided plaintiff Riley with the orthopedic footwear (both boots & sneakers) or resolved the remaining medical issues (i.e., treatment for the rectal dysfunction) as indicated in their November 3, 2006, letter to Your Honor. And although the defendants finally allowed plaintiff to see the optometrist who fitted him for a pair of eyeglasses on December 22, 2006, which yet have to be provided, however plaintiff never got to have his eyes examined by the ophthalmologist as ordered by the doctor. Are optometrist and ophthalmologist one of the same proffession?

Date: Jan. 5, 2007

James W. Riley
    Plaintiff