TO: Peter T. Dalleo
Clerk of The Court
Delaware District Court

    Re: Riley v. Taylor, et al.,
        C.A. No. 06-01-GMS

Dear Mr. Dalleo,

    I filed several motions in this court over the past two months and received no responses or acknowledgement that the clerk office got them.

    Could you please provide me with a status report on this case and up-to-date docket sheet.

    I need to know when the court will schedule this case for trial.



Date: Jan. 20, 2007

Thank You!

James Riley
Del. Corr. Ctr
1181 Paddock Rd.
Smyrna, Del. 19977

I/M James Riley
SBI# 169716 UNIT MNY Bld
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

$00.39
JAN 22 2007
MAILED FROM ZIP CODE

Clerk's Office
U.S Delaware District Court
844 King Street
Wilmington, Delaware
19801