From: James W. Riley
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

TO: Honorable Gregory M. Sleet
U.S. District Court Judge
Delaware District Court
844 N. King Street, Lockbox 19
Wilmington, Delaware 19801-3570

FILED
JAN 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

January 19, 2007

Re: Riley v. Taylor, et al.,
C.A. No. 06-01-GMS

Dear Judge Sleet,

This is to notify the Court that on the above date the medical staff gave plaintiff Riley a pair of eyeglasses stemming from the December 22, 2006 consultation with the optometrist, but the prescription in these eyeglasses were not accurate preventing the ability to see correctly through the lens. This is due in part for the two year delay to provide eyeglasses causing further optical nurve damage to eyes; the faulty lens; and the lack of proper examination by qualified ophthalmologist to diagnose the proximate cause of plaintiff's deteriorating eye sight.

This Court shall Order the medical staff to turn over these faulty eyeglasses to the Court

and grant plaintiff's January 5, 2007 Motion For Funds To Hire Medical Examiner. This independent medical examiner will conduct proper examinations on plaintiff's eyes and these faulty eyeglasses in the possession of the medical staff and report its findings directly to the Court in pursuant to Rule 35 (a) & (b) of the F.R.C.P.

The medical staff also indicated on the above date that they will not provide plaintiff with the orthopedic footwear or any treatment for the rectal dysfunction which is totally contrary to what defendants reported to the Court in their November 3, 2006 and November 13, 2006 letters.

Plaintiff don't know what else to do and at this point he feel that the Court is totally disrespecting him. Plaintiff feel there is a civil conspiracy between the Court, Attorney General Office and prison officials to murder him by denying him adequate medical care which may be fatal or cause permanent irreparable injuries.

These conspiracy allegations are true as reflected in News Journal Paper articles where from 2000 to July 2005 the medical staff murdered 89 inmates and just recently on January 10, 2007 the medical staff killed another inmate. (Read Newspaper articles on prison health care at www.delaware-online.com).

One inmate that was murdered in 2004 (Darnell Anderson) was denied medical treatment for a preventable and treatable illness but since it wasn't diagnosed in time it was fatal. (See New Journal Paper article in Wednesday paper January 17, 2007 Front page online.com.).

Inspite of all this evidence the Court refuse to issue a permanent injunction on the defendants to provide plaintiff Riley medical treatment for the rectal dysfunction that was brought to their attention 4-years ago in 2002.

Because of plaintiff's allegation of civil conspiracy this Court shall relinquish jurisdiction over this matter and plaintiff's pending Habeas Corpus case #04-1435-GMS.

This letter will be forwarded to the Third Circuit Court of Appeals as a request to remove this civil action matter out of the Delaware District Court.

James W. Riley
Plaintiff

cc:
Clerk of 3d Cir. Court
Kevin J. Connors, Esq.
Ophelia M. Waters, Esq.
Cathleen S. Trainer (U.S. Dept. of Justice)
Carl Danberg (Attorney General of Delaware)



IM James Riley
SBI# 169716 UNIT MMU Bldg 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk's Office
U.S. District Court
844 King Street
Wilmington, Delaware
19801

MAILED FROM ZIPCODE 19977
JAN 26 2007