In The United States District Court
For The District Of Delaware

James W. Riley,
   Plaintiff

vs.

Stanley Taylor, et al.,
   Defendants.

C.A. No. #06-01-GMS

Rule 34

FILED
JAN 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Production Of Documents

Now Comes the plaintiff James W. Riley pursuant to Rule 34 of the F.R.C.P. herein below requests the following documents for trial and any potential appeal:

1. The attached newspaper article identify "Court documents obtained by The News Journal" and a "sworn deposition" recently given by defendant Stanley Taylor in a wrongful death lawsuit. Plaintiff direct the defendant Taylor or his attorney to provide copies of all documents, sworn statements and testimony given by defendant Taylor under oath at aforementioned deposition hearing and which were filed in court. These documents shall bear the date, time and location they were created and for what purpose they were utilized.

2. Provide plaintiff a complete copy of the recent settlement agreement made between defendant Taylor and The United States Department of Justice to improve prison medical health care.

3. Provide plaintiff with a complete copy of his medical records from 1995 to the present date. These medical records in the possession of the medical defendants contain pertinent information relating to when plaintiff originally fractured his right ankle in 1995 and had surgery followed by physical therapy. Also these records bear copies of the initial sick call complaint plaintiff filed with the medical staff in 2002 regarding his rectum dysfunction.

4. Provide plaintiff with a copy of defendants' Correctional Medical Services, Inc. (CMS) and First Correctional Medical, Inc. (FCM) insurance policy and name of their insurer's company. These documents shall reflect how much money CMS and FCM are insurer against for liability of lawsuits.

These documents will assist plaintiff with the prosecution of this civil action case at any potential trial or subsequent appeal.

Wherefore the defendants shall provide the requested information in full within 30-days of receipt of this motion.

Date: Jan. 21, 2007

James W. Riley, pro se
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

*DeFendant Stanley Taylor*

See CREDIT — A1

Wed., Jan. 17, 2007

# Deposition: Prison chief admits not eyeing care

## Taylor estimates inmate deaths at a fraction of actual totals

**By LEE WILLIAMS and ESTEBAN PARRA**
The News Journal

Correction Commissioner Stanley W. Taylor Jr. never personally investigated health care complaints lodged by inmates or their families, denied responsibility for overseeing the prison medical staff, and grossly understated the number of inmates who died during the latter part of his tenure, according to court documents obtained by The News Journal.

Taylor was recently deposed under oath, in one of the numerous wrongful death lawsuits filed against him, his department and the state, on behalf of an inmate who died in state custody.

Many more lawsuits are pending, attorneys say.

Lawmakers and civil rights advocates say the next person to head the Department of Correction should be more engaged, more concerned with inmate care, and more involved in the day-to-day operations of the department than Taylor, who ran the prison system for 11 years.

They hope former state Attorney General Carl C. Danberg, whose nomination to replace Taylor is to be debated today in the Senate, will be more accessible and accountable.

"I want a commissioner who is passionate, who has a keen sense of justice, who's hands-on without micromanaging," said state Sen. Karen E. Peterson, D-Stanton. "I want somebody who cares about human beings, who will



**Stanley W. Taylor Jr. will retire Feb. 1 after 11 years as correction commissioner.**

### INSIDE
24-year-old inmate's death shocks his family. **A9**

See PRISONS — A9

*Read News Journal series on prison health care and watch a video interview with defendant Taylor at www.delawareonline.com.*

## Certificate of Service

I, _James Riley_, hereby certify that I have served a true and correct cop(ies) of the attached: _Production of Documents_ _____ upon the following parties/person (s):

TO: _Kevin J. Connors_
_1220 N. Market St., 5th fl._
_P.O. Box 8888_
_Wilmington, Delaware_
_19899-8888_

TO: _____

TO: _Ophelia M. Waters_
_Deputy Attorney General_
_Department of Justice_
_820 N. French Street_
_Wilmington, Dela. 19801_

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _23_ day of _January_, 200_7_

_James Riley_