

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF DELAWARE
### OFFICE OF THE CLERK

PETER T. DALLEO  
CLERK OF COURT

U.S. COURTHOUSE  
844 KING STREET, LOCKBOX 18  
WILMINGTON, DELAWARE 19801  
(302) 573-6170  
www.ded.uscourts.gov

February 6, 2007

James W. Riley  
SBI # 169716, Unit MHU, Bldg. 22  
Delaware Correctional Center  
1181 Paddock Road  
Smyrna, Delaware 19977

       RE:    Your letter filed January 4, 2007

Dear Mr. Riley:

    The court has reviewed your letter regarding filing fees dated December 18, 2006, which was filed on January 4, 2007.

    The only case to which you refer that remains open is Civil Action No. 06-1 GMS. The letter will be filed in that case as a motion for reconsideration of the filing fee order.

                               Sincerely,  
                               PETER T. DALLEO, CLERK

                               Deputy Clerk