From: James W. Riley
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

C.A. No. 06-001-GMS

To: Honorable Gregory M. Sleet
U.S. District Court Judge
Delaware District Court
844 N. King Street, Lockbox 19
Wilmington, Delaware 19801-3570


FILED
JAN - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

December 18, 2006
Ex parte Communication

Re: The Court's Orders To Pay Filing Fees in Following Cases Filed by James Riley is inconsistent with 28 U.S.C. § 1915: Case Nos. 06-001-GMS; 05-878-GMS; 00-366-JJF; 01-695-JJF; 98-677-GMS.

Dear Judge Sleet,

The initial orders of the Delaware District Court in the above cited cases directing plaintiff Riley to pay filing fees and fees for any appeals associated with these case pursuant to 28 U.S.C. § 1915(b)(2) were assessed in error to this section. Section (b)(1) for determination to pay any filing fees are to be assessed based upon: (A) The average monthly deposits to the prisoner's account; (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the Filing of the complaint or notice of appeal.

Section (b)(1) specifically states any partial filing fees are to be assessed by 20 percent of any funds a prisoner receives within a 6-month period immediately preceding the filing of the complaint or notice of appeal. See § 1915(a)(2).

Therefore since plaintiff Riley's 6-month prison account statements reflect that he have not received any income for several years before filing the complaints in those civil action cases captioned above, then no filing fees (partial or otherwise) should have been assessed against him; nor should the Court ordered him to pay any filing fees for the initial complaints or any subsequent appeals tooken thereafter. Thus Riley's account records reflect a negative balance for nearly 10-years.

Wherefore, this court must correct this error in all the past and present cases captioned above herein. An appropriate order shall be sent to the prison business office directing them to expunge Riley's records of any active court orders to pay filing fees.

Thank You!

James Riley

IM James Riley
SBI# 169116  UNIT MNU, Bldg. 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
20 [illegible]

MAILED FROM ZIP CODE 19977
DEC 20 2006
$00.39
02 1A
0004608975

Honorable Gregory M. Sleet
U.S. District Court Judge
Delaware District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570