In The United States District Court
For The District of Delaware

James W. Riley,
         Plaintiff,

                              C. A. No. 06-01-GMS

   v.s.
Stanley Taylor, et al.,
         Defendants

                              To The Clerk of The Court:

        Notice To The District Court of
    Complaint of Civil And Criminal
                 Conspiracy



FILED

MAR - 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

        Notice Is Hereby Given of Allegations of Civil
And criminal Conspiracy complains involving The Delaware
District Court and other Delaware judicial officials for
liability of The substantial number of prisoners' Deaths
Throughout The Delaware Department of Corrections under
The care of its contracted medical care Providers. The
Attached Letter/complaint To Judge Sleet dated February
8, 2007, give due Notice To The Judiciary Committee of The
Delaware District Court To Take The immediate action in
Section "C" on page 5 & 6 of The Letter/complaint To Clear
This Court's involvement in The ongoing Conspiracy and
any conflict of interest which will prohibit plaintiff
Riley From Filing The Civil Right Complaint in This
jurisdiction, pursuant To 42 U.S.C. § 1983.

        If This Court Fail To respond within 20-days of
The date on The Certificate of Service, then plaintiff

will petition The Judiciary Committee of The Third Circuit
Court of Appeals For resolution on Filing The Conspiracy
Complaint in another District court's jurisdiction outside
of Delaware.

James W. Riley
Plaintiff

CC: Certificate of Service Attachments
place All other parties on Notice
with a copy of This NOTICE.

I/M  James Riley
SBI# 169916  UNIT Mill, Bldg. 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977



Clerk's Office
U. S District Court
844 King Street
Lockbox 18
Wilmington, Delaware
19801

