IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES W. RILEY,              ) | |
|         Plaintiff,           ) | |
|                              ) | Civil Action No. 06-001-GMS |
|         v.                   ) | |
| STANLEY TAYLOR, THOMAS       ) | TRIAL BY JURY DEMANDED |
| CARROLL, DAVID PIERCE, AMY   ) | |
| MUNSON, MEDICAL ASSISTANT    ) | |
| MALANEY, CORRECTIONAL        ) | |
| MEDICAL SYSTEMS, FIRST       ) | |
| CORRECTIONAL MEDICAL,        ) | |
|         Defendants.          ) | |

## CERTIFICATE OF SERVICE

I, KEVIN J. CONNORS, hereby certify that the ANSWER OF DEFENDANTS, CORRECTIONAL MEDICAL SERVICES, INC. (incorrectly designated as "Correctional Medical Systems"), AND CHRISTINE MALANEY, TO PLAINTIFF'S ORIGINAL COMPLAINT and AMENDED COMPLAINT WITH AFFIRMATIVE DEFENSES AND CROSSCLAIM has been served on March 29, 2007 via E-file and US Mail upon the following:

Ophelia Michelle Waters, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

James W. Riley
#169716
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQ., DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendants, Correctional Medical Services, Inc., (incorrectly designated as "Correctional Medical Systems") and Christine Malaney

Date: March 29, 2007
\15_A\LIAB\KJCONNORS\LLPG\379939\VLLUCAS\13252\00167