IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES W. RILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-01-GMS |
| | ) |
| STANLEY TAYLOR, et al., | ) |
| | ) |

**ORDER**

The plaintiff, James W. Riley ("Riley"), an inmate housed at the Delaware Correctional Center ("DCC"), proceeds *pro se* and was granted leave to proceed *in forma pauperis*. The court assessed the initial partial filing fee in accordance with 28 U.S.C. § 1915, and found that Riley has no assets and no means to pay an initial partial filing fee. (D.I. 4.) Accordingly, the order set forth the method for collecting the filing fee, in the event that at a future date, Riley acquires money in his prison trust account to make payment.

Now before the court is Riley's motion to reconsider the filing fee order. The motion is frivolous and there is no need to discuss it further.

THEREFORE, at Wilmington this 9th day of April, 2007, IT IS ORDERED that the motion for reconsideration (D.I. 62) is DENIED.

/s/ _____
UNITED STATES DISTRICT JUDGE



FILED

APR 10 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE