In The United States District Court
For The District Of Delaware

James W. Riley
    Plaintiff,

v.

Stanley Taylor, et al.,
    Defendants

C.A. No. 06-01-GMS

FILED
APR 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Notice Of Appeal

BD scanned

The Plaintiff, James W. Riley, Hereby give Notice of his right to Appeal the district court's October 27, 2006 denial of Request for a preliminary injunction and temporary restraining directing prison officials to provide plaintiff medical treatment. Plaintiff also Appeal district court's April 9, 2007, Memorandum Order denying Motion for Reconsideration. Both the district court's Orders (D.I. 41 & 68) are being appealed to the Third Circuit Court of Appeals as of statutory right within 10-days.

James W. Riley
Del. Corr. Ctr.
1181 Paddock Rd.
Smyrna, Delaware
19977

Date: April 15, 2007

## Certificate of Service

I, _James Riley_, hereby certify that I have served a true and correct cop(ies) of the attached: _Notice of Appeal_ _____ upon the following parties/person (s):

TO: _Ophelia M. Waters, Esq. (DAG)_   TO: _____
_Department of Justice_
_820 N. French St., 6th Fl._
_Wilmington, Delaware_
_19801_

TO: _Kevin J. Connors, Esq._   TO: _____
_Marshall, Dennehey, Warner, Coleman_
_& Goggin_
_1220 N. Market St., 5th Fl._
_P.O. Box 8888_
_Wilmington, Dela. 19899-8888_

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _15_ day of _April_, 2007

_James Riley_

```
I/M James Riley
SBI# 169916   UNIT MHU Bldg. 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
```

Clerk's Office
U.S. District Court
844 King Street
Wilmington, Delaware
19801