UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

<u>No. 7-2257</u>

Riley

vs.

Taylor, et al.

James W. Riley, Appellant

(Delaware District Civil No. 06-cv-00001)

O R D E R

    Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

    It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

    It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

/s/ Marcia M. Waldron, Clerk

Date: June 22, 2007

cc:    Mr. James W. Riley
       Ophelia M. Waters, Esq.
       Kevin J. Connors, Esq.

A True Copy:

Marcia M. Waldron, Clerk