OFFICE OF THE CLERK

| | | |
|---|---|---|
| **MARCIA M. WALDRON**<br>CLERK | UNITED STATES COURT OF APPEALS<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA 19106-1790 | TELEPHONE<br>215-597-2995 |

Clerk of District Court    Date   **June 22, 2007**
(District of Delaware **)**

  **Riley vs. Taylor**         Appeal No.  **07-2257**
   (Caption)

  **James W. Riley**
   ( Appellant)

  **06-cv-00001**
  ( D.C. Docket No. )


Enclosures:

  **June  22,   2007**  Certified copy of C. of A.  Order by the Court.

_____   We release the certified list .

_____   Copy of this form to acknowledge receipt and return to C. of A.

_____   Record not released at this time until appeal(s) closed at No.(s)_____

_____   Please forward Certified List in Lieu of Record to this office.

_____   The certified copy of order issued as the mandate on_____ is recalled.

                            **Carolyn Hicks     (267)-299-4926**
                              Deputy Clerk    Telephone Number

Receipt Acknowledge:

_____
   (Name)

_____
   (Date)


R:\2007\2257\clkltr062207.wpd