In The United States District Court
For The District of Delaware

James W. Riley,
          Plaintiff,
vs.
Stanley Taylor, et al.,
          Defendants.

C.A. No. # 06-01-GMS

FILED
OCT 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
RD scanned

Plaintiff's First Set Of Interrogatories
To All Defendants

In pursuant to Rule 33 of the Federal Rules of Civil Procedure, plaintiff request that defendants answer the following interrogatories separately and fully, in writing, under oath, and that the answers be signed by the person making them and be served on plaintiff within 30 days of service hereof. The questions below are based upon the November 3, 2006 and November 13, 2006 letter that prison-official & medical staff defendants wrote to the Court on the status of Riley's medical treatment.

Questions

1. How often are prisoners entitled to have boots and sneakers at state expense?

2. Medical records show that in 2003 and 2005 the doctor prescribed orthopedics boots & sneakers for

Riley. Was Riley ever provided this footwear? If so, show documented proof of date and time Riley received boots & sneakers from 2003 to 2007.

3. Did Riley ever have his eyes examined by the ophthalmologist or any eye doctor? If so, provide date and time of each examination and medical diagnosis.

4. Was Riley ever treated for his rectum dysfunction? If so, what were the diagnosis of Riley's problem and how was his problem treated?

5. Was Riley ever recommended to be examined by an out-side specialist for his decaying eye sight and painful swelling of rectum problems? If so, give date and time and diagnosis & treatment orders of specialists.

6. Did the Department of Corrections recently enter into a Settle Agreement with the United States Justice Department which requires defendants to provide prisoners with Specialized medical treatment whenever the prison lack the facilities and staff to treat an illness?

7. Provide the names and qualifications of each doctor who examined and treated Riley for his eye sight problem and rectum dysfunction in 2005 - 2007.

James W. Riley
Dela. Corr. Center
1181 Paddock Road
Smyrna, Delaware 19977

Date: Oct. 15, 2007

# Certificate of Service

I, _James Riley_, hereby certify that I have served a true and correct cop(ies) of the attached: _Production of Documents And First Set of Interrogatories_ upon the following parties/person (s):

TO: _Kevin J. Connors_
_1220 N. Market St., 5th fl._
_P.O. Box 8888_
_Wilmington, Delaware_
_19899-8888_

TO: _____

TO: _Ophelia M. Waters_
_Deputy Attorney General_
_Department of Justice_
_820 N. French Street_
_Wilmington, Dela. 19801_

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _16 Th_ day of _October_, 200_7_

_James Riley_

I/M James Riley
SBI# 169716 UNIT MdS/MS 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk's Office
U.S District Court
844 King Street
Wilmington Delaware
19801