From: James W. Riley
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

To: The Clerk Of The Court
United States District Court
844 King Street
Wilmington, Delaware 19801

October 19, 2007

Re: Riley v. Taylor, et al.,
C.A. No. 06-01-GMS

Dear Clerk,

Please issue the enclosed subpoena upon Lee Williams at the News Journal Paper Company as soon as possible. Plaintiff Riley has served the defendants' attorneys a copy of this letter and subpoena.

James Riley
Plaintiff

RECEIVED
OCT 23 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## Certificate of Service

I, __James Riley__, hereby certify that I have served a true and correct cop(ies) of the attached: __Subpoena To Lee Williams At The News Journal Paper Co.__ upon the following parties/person (s):

TO: Ophelia M. Waters, Esq.
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, Delaware
19801

TO: _____

TO: Kevin J. Connors, Esq.
1220 N. Market St., 5th fl.
P.O. Box 8888
Wilmington, Delaware
19899-8888

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __18th__ day of __October__, 2007

_James Riley_

I/M James Riley
SBI# 165916 UNIT MHU Bldg. 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk's Office
U.S. District Court
844 King Street
Wilmington, Delaware
19801