IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES W. RILEY, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-001-GMS |
| STANLEY TAYLOR, THOMAS ) | |
| CARROLL, DAVID PIERCE, AMY ) | Jury Trial Demanded |
| MUNSON, MEDICAL ASSISTANT ) | |
| MALANEY, CORRECTIONAL ) | |
| MEDICAL SYSTEMS, FIRST ) | |
| CORRECTIONAL MEDICAL, ) | |
| ) | |
| **Defendants.** ) | |

### CERTIFICATE OF SERVICE

I, KEVIN J. CONNORS, hereby certify that the INTERROGATORIES - SET I OF DEFENDANT DEFENDANTS, CORRECTIONAL MEDICAL SERVICES INC. AND CHRISTINE MALANEY, DIRECTED TO PLAINTIFF, REQUEST FOR PRODUCTION OF DOCUMENTS - I OF DEFENDANTS, CORRECTIONAL MEDICAL SERVICES INC. AND CHRISTINE MALANEY, DIRECTED TO PLAINTIFF AND REQUEST FOR ADMISSIONS OF DEFENDANTS, CORRECTIONAL MEDICAL SERVICES, INC. AND CHRISTINE MALANEY, WITH SUPPLEMENTAL INTERROGATORY DIRECTED TO PLAINTIFF have been served on October 30, 2007 via E-file and US Mail upon the following:

Ophelia Michelle Waters, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

James W. Riley
#169716
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN
BY: */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQ., DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendants, Correctional Medical Services, Inc. and Christine Malaney

Date: October 30, 2007
13252-00167 15/545831.v1