IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES W. RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-001-GMS |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| STANLEY TAYLOR, THOMAS CARROLL, DAVID PIERCE, AMY MUNSON, MEDICAL ASSISTANT MALANEY, CORRECTIONAL MEDICAL SYSTEMS, FIRST CORRECTIONAL MEDICAL, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

# MEDICAL RECORDS PROVIDED BY DEFENDANT, CORRECTIONAL MEDICAL SERVICES, INC.

# FILED UNDER SEAL