From: James W. Riley
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

To: Kevin J. Connors
1220 North Market St, 5th Fl.
P.O. Box 8888
Wilmington, Delaware 19899-8888



December 13, 2007

Re: Riley v. Taylor, et al.,
   C.A. No. 06-001-GMS
(Subj.: Failure to provide Riley Copy of sealed medical Records)

Dear Mr. Connors,

In Response to plaintiff's motion for production of documents of October 15, 2007, you also filed therewith "medical Records under seal". However you failed to serve a copy of those sealed medical records upon the plaintiff.

Please be advised that the prison official-defendants are responsible to provide prisoners with adequate medical care. The Department of Corrections (DOC) in turn contracted the Correctional Medical Services (CMS) to fulfill its constitutional obligation. But since DOC's responsibility to provide medical care is non-delegatable, thus CMS' breaches in

contract are shared with the prison official-defendants herein who rely on CMS.

Therefore, All defendants are obligated to provide plaintiff copies of the sealed medical records filed in the district court by Mr. Connors.

Thank you!

James Riley

cc:
Judge Sleet
Ophelia M. Water (DAG)
   (Att. for DOC defts.)

IM James Riley
SBI# 167016 UNIT MNU, Bldg. 22
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerk of The Court
U.S. District Court
844 King Street
Wilmington, Delaware
19801