From: James Riley
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977



TO: Clerk Of The Court
U. S District Court
844 N. King Street
Wilmington, Dela. 19801

February 2, 2008

Re: Riley v. Taylor, et al.,
C. A. No. 06-01-GMS

Dear Clerk,

This is to request an up date Docket Sheet reflecting the status of this case. I filed several motions and the defendants several discovery motions a long with Medical Record Exhibits in which they failed to serve a copy upon me, the plaintiff. This is against the Local Rule of this Court and Rules Of Civil Procedure for the district court.

Please fulfill my request for a docket sheet.

Thank You!
James Riley
Plaintiff

cc:
Ophelia M. Waters, Esq.
Kevin J. Connors, Esq.

IM James Riley
SBI# 169916  UNIT SHU, Bldg.18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office Of The Clerk
U.S District Court
844 King Street
Wilmington, Delaware
19801