OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

February 7, 2008

TO:  James W. Riley  
     #169716  
     Delaware Correctional Center  
     1181 Paddock Road  
     Smyrna, DE 19977

*RE:  Status of 06-1(GMS)*

Dear Mr. Riley:

   This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Gregory M. Sleet, and is pending before the Court. You will be advised by the Court as to further developments in your case.

   I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claim which you may be alleging.

                                            Sincerely,

/ead                                        PETER T. DALLEO  
                                            CLERK

cc:  The Honorable Gregory M. Sleet  
enc: Docket Sheet