IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES W. RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 06-01-GMS |
| | ) | |
| STANLEY TAYLOR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

The plaintiff, James W. Riley ("Riley"), an inmate housed at the Delaware Correctional Center ("DCC"), Smyrna, Delaware, filed this civil rights action pursuant to 42 U.S.C. § 1983 alleging deliberate indifference to serious medical needs. He proceeds *pro se* and has been granted leave to proceed *in forma pauperis*. The clerk of court recently received a letter from Riley dated October 17, 2007, but postmarked December 14, 2007, asking for issuance of a subpoena upon investigative reporter Lee Williams of *The News Journal*, a Delaware newspaper.

With his letter, Riley enclosed a subpoena form, improperly filled out and dated September 17, 2007. The subpoena requests various types of information related to Mr. Williams' 2005 six-month investigation on prison health care at the Delaware Department of Correction. A federal court has the inherent power to protect any one from oppressive use of process, even if no oppression is actually intended. *Badman v. Stark*, 139 F.R.D. 601, 605 (M.D. Pa. 1991) (citation omitted).

IT IS THEREFORE ORDERED, as follows:

1. Within **twenty-one** (21) days from the date of this order, the plaintiff shall **submit** a declaration justifying his subpoena request and explain how the documents he seeks are relevant

to his claims. The plaintiff **shall also** demonstrate his ability to pay for any costs associated with issuance of the subpoena, such as photocopy fees, witness fees, or mileage.

    2. The defendants shall file a response to the plaintiff's declaration within fourteen days after the plaintiff's filing.



CHIEF UNITED STATES DISTRICT JUDGE

Feb 25, 2007
Wilmington, Delaware

FILED
FEB 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE