In The United States District Court
For The District Of Delaware

James W. Riley,
    Plaintiff,

v.

Stanley Taylor, et al.,
    Defendants.

C.A. No. # 06-01-GMS

FILED
MAR - 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

Objection To The Court's Order
Issued On February 25, 2008
I.D. # 95

---

The plaintiff in the above captioned civil action objects to the Court's February 25, 2008 ORDER placing an undue burden upon plaintiff to show cause justifying his request to issue a subpoena upon investigative reporter Lee Williams of The New Journal Delaware Newspaper. In support hereto, plaintiff point out to the Court that the "Letter To The Clerk Of The Court" and "accompanying Subpoena" referred to in the Court's Order (I.D. #95) as "postmarked December 14, 2007" are attachments to "Plaintiff's Motion To Amend The Court's September 26, 2007 Scheduling Order". (See Docket Entry I.D. #91).

The October 17, 2007 Letter to the Clerk with attached Subpoena (I.D. #87) and the Letter to Medical

defendants' Attorney, Kevin J. Connors (I.D.#88), were attached to document I.D.#91 in support of Plaintiff's Motion To Amend Scheduling Order because defendants are breaching the duty to provide any discovery materials.

Therefore the documents the Court refer to in its Order is plaintiff's motion To Amend The Scheduling Order. (I.D.#91 Motion and attachments I.D.#88 & 87 - All One Motion). These documents should not have been filed separately!

Actually the Letter/Subpoena request is Docketed at I.D.#78 and is entered on the record 10/23/2007.

The Court's Order is dealing with plaintiff's Motion To Amend The Scheduling Order issued by the Court on September 26, 2007. In that motion plaintiff explained the relevancy of the information requested in the subpoena. Note! The Court can personally inspect this information on the Website established by Reporter Lee Williams. (See online discussion at www.delawareonline.com.). This information can be obtained off the computer by the Court as part of plaintiff's discovery request. Mr. Williams' establishment of a website shall satisfy any concern about oppressive use of the subpoena process or any concern about costs associated with the subpoena.

Furthermore, the burden should be placed upon the defendants to answer plaintiff's motion To Compel

Discovery (I.D.#90), Motion To Amend Court's Scheduling Order (I.D.#91) and Plaintiff's Letter to Medical defendants' Attorney, Kevin J. Connors (I.D.#89) for failure to provide plaintiff with a copy of sealed medical records filed with the court which violate F.R.C.R. Rule 5(a). Defendants egregious breach of the discovery Order of the Court is interfering with plaintiff's duty to prosecute this case. These pleadings (I.D.#90, 91 & 89) were docketed on the same date as the Letter/Subpoena document (I.D.#89 entered in error); however the Court only issued an Order regarding the subpoena because it place an undue burden upon plaintiff. But the other pleadings about the defendants violations of the discovery Order which would place a burden upon them to explain their breaches, the court biasly disregarded those pleadings which demonstrate defendants continued denial and failure to provide plaintiff access to any medical treatment. (See Plaintiff's recent Motion To File The Attached Medical Document I.D.#94).

    Wherefore, plaintiff's objections shall be sustained against the ORDER of the Court dated February 25, 2008, for the reasons stated above. Plaintiff cannot respond to any more Orders of the Court until defendants honor all his discovery requests in full.

DATE: March 1, 2008

James W. Riley
James W. Riley pro se
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

## Certificate of Service

I, _James Riley_, hereby certify that I have served a true and correct cop(ies) of the attached: _Objections To The Courts Order Issued On Feb. 25, 2008_ upon the following parties/person (s):

TO: _Ophelia M. Waters_
_Deputy Attorney General_
_Department of Justice_
_820 N. French Street_
_Wilmington, Delaware_
_19801_

TO: _Kevin J. Connors_
_1220 N. Market St., 5th Fl._
_P.O. Box 8888_
_Wilmington, Delaware_
_19899-8888_

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _4_ day of _March_, 2008

_James Riley_

| | | Date: | March 1, 2008 |
|---|---|---|---|
| Pay-To: | Mail Room | Amount: | $ |
| The Sum of: | | and Cents | |

Address to whom sent:

| | | | |
|---|---|---|---|
| Mail Room | SBI # 169716 | James Riley | |
| Del. Corr. Ctr. | Log # | Inmate Printed Name | |
| 1181 Paddock Rd. | Check # | James Riley | |
| Smyrna, Dela. 19977 | Date of Check | Inmate Signature | |
| | | OIC Printed Name | |
| | | OIC Signature | |

Lieutenant Printed Name and Signature if Over $100.00

Form #34(rev10/06)

Shift Commander Printed Name and Signature if Over $1,000.00

I/M James Riley
SBI# 165916  UNIT SHU Bldg.n
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S
X-RAY

Clerk's Office
U.S District Court
844 King Street
Wilmington, Delaware
19801