IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES W. RILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-001-GMS |
| STANLEY TAYLOR, THOMAS ) | |
| CARROLL, DAVID PIERCE, AMY ) | Jury Trial Demanded |
| MUNSON, MEDICAL ASSISTANT ) | |
| MALANEY, CORRECTIONAL ) | |
| MEDICAL SYSTEMS, FIRST ) | |
| CORRECTIONAL MEDICAL, ) | |
| ) | |
| Defendants. ) | |

**JOINDER OF DEFENDANTS, CORRECTIONAL MEDICAL SERVICES, INC. (INCORRECTLY DESIGNATED AS "CORRECTIONAL MEDICAL SYSTEMS") AND CHRISTINE MALANEY, TO STATE DEFENDANTS' RESPONSE TO THE PLAINTIFF'S DECLARATION JUSTIFYING HIS SUBPOENA REQUEST**

Defendants, Correctional Medical Services, Inc. (incorrectly designated as "Correctional Medical Systems") and Christine Malaney, hereby join in the State Defendants' Response To The Plaintiff's Declaration Justifying His Subpoena Request and, for the reasons stated therein respectfully request this Honorable Court to deny plaintiff's request for the issuance of subpoenas.

                         MARSHALL, DENNEHEY, WARNER,
                         COLEMAN AND GOGGIN
                         BY: _/s/ Kevin J. Connors_____
                         KEVIN J. CONNORS, ESQUIRE (De I.D. #2135)
                         1220 N. Market Street, 5th Floor
                         P.O. Box 8888
                         Wilmington, DE  19899-8888
                         302-552-4300
                         Attorneys for Defendants, Correctional Medical Services, Inc.
                         (incorrectly designated as "Correctional Medical Systems") and Christine Malaney

Date: March 24, 2008

15/597718.v1

## CERTIFICATION OF SERVICE

      I hereby certify that on March 24, 2008, I electronically filed the JOINDER OF DEFENDANTS, CORRECTIONAL MEDICAL SERVICES (INCORRECTLY DESIGNATED AS "CORRECTIONAL MEDICAL SYSTEMS") AND CHRISTINE MALANEY, TO STATE DEFENDANTS' RESPONSE TO THE PLAINTIFF'S DECLARATION JUSTIFYING HIS SUBPOENA REQUEST with the Clerk of Court using CM/ECF.

Ophelia Michelle Waters, Esquire
Department of Justice
820 N. French Street
Wilmington, DE 19801

      I hereby certify that on March 24, 2008, I have mailed by United States Postal Service, the JOINDER OF DEFENDANTS, CORRECTIONAL MEDICAL SERVICES (INCORRECTLY DESIGNATED AS "CORRECTIONAL MEDICAL SYSTEMS") AND CHRISTINE MALANEY, TO STATE DEFENDANTS' RESPONSE TO THE PLAINTIFF'S DECLARATION JUSTIFYING HIS SUBPOENA REQUEST to the following non-registered participant:

James W. Riley, SBI #169716
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                   MARSHALL, DENNEHEY, WARNER,
                                   COLEMAN AND GOGGIN

                              BY:   /s/ Kevin J. Connors
                                       KEVIN J. CONNORS, ESQUIRE (DE ID # 2135)
                                       1220 N. Market Street, 5th Floor
                                       P.O. Box 130
                                       Wilmington, DE 19899-0130
                                       (302) 552-4302
                                       Attorney for Defendants, Correctional Medical
                                       Services (Incorrectly Designated as "Correctional
                                       Medical Systems") and Christine Malaney

Date: March 24, 2008