In The United States District Court
For The District Of Delaware

James W. Riley,
    Plaintiff,

v.

Stanley Taylor, et al.,
    Defendants.

C.A. No. # 06-01-GMS

Rule 34

**FILED**
MAR 24 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Motion For Production Of Documents
#3

Bn scanned

---

Plaintiff, James W. Riley, request that all defendants (DCC/CMS) provide him with copies of the following documents:

1. Any and all sick call complaints filed by plaintiff with CMS' DCC medical staff in the month of May 2002.

2. The entire CMS medical records/files for the month of May 2002 pertaining to plaintiff Riley.

3. All sick call complaints filed with DCC medical staff regarding Plaintiff's rectal dysfunction from May of 2002 thru December of 2002.

4. On four (4) occasions between 2002 and March 2008, a CMS' DCC doctor ordered that plaintiff be examined by outside specialist for his rectal dysfunction, but all referrals were arbitrary disapproved by CMS. Plaintiff specifically request all documents (e.g. doctor orders and CMS disapprovals) and any other information;

memorandums or letter of disapprovals by DCC officials and CMS relating to the four (4) disapprovals of doctor's orders for plaintiff to be evaluated by outside qualified specialist for his rectal dysfunction. The most recent doctor's examination and referral for specialty care was today March 20, 2008. (a large lump was reaffirmed to be on the wall of plaintiff's rectum).

The above requested documents shall be consistent with plaintiff's pending Motion To Compel Discovery dated December 13, 2007. (I.D. 90).

Wherefore, defendants DCC and CMS officials are further Compelled to provide plaintiff with the above requested documents within 30-days after receipt of this motion.

*James Riley*

James W. Riley
Del. Corr. Ctr.
Smyrna, Dela. 19977

March 20, 2008

## Certificate of Service

I, _James Riley_, hereby certify that I have served a true and correct cop(ies) of the attached: _Motion For Production of Documents #3_ upon the following parties/person (s):

TO: _Ophelia M. Waters_
_Deputy Attorney General_
_Department of Justice_
_820 N. French Street_
_Wilmington, Delaware 19801_

TO: _Kevin J. Connors_
_1220 N. Market St., 5th Fl._
_P.O. Box 8888_
_Wilmington, Delaware_
_19899-888_

TO: _____

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _20_ day of _March_, 2008

_James Riley_

I/M James Riley
SBI# 169016  UNIT SNU Bldg. 17
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Clerks Office
U.S. District Court
844 King St., Lockbox #18
Wilmington, Delaware
19801