IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES W. RILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 06-001-GMS |
| STANLEY TAYLOR, THOMAS ) | |
| CARROLL, DAVID PIERCE, AMY ) | Jury Trial Demanded |
| MUNSON, MEDICAL ASSISTANT ) | |
| MALANEY, CORRECTIONAL ) | |
| MEDICAL SYSTEMS, FIRST ) | |
| CORRECTIONAL MEDICAL, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**AND NOW**, this _____ day of _____, 2008, upon consideration of the Motion of Plaintiff to Amend the Court's September 26, 2007, and the Response of Defendants, Correctional Medical Services, Inc. and Christine Malaney, thereto, IT IS HEREBY ORDERED that September 26, 2007 Scheduling Order is Amended.

The Proposed Scheduling Order of defendants Correctional Medical Services, Inc. and Christine Malaney, is hereby GRANTED.

_____
J.

15/635372.v1