## CERTIFICATION OF SERVICE

      I hereby certify that on June 18, 2008, I electronically filed the RESPONSE OF DEFENDANTS, CORRECTIONAL MEDICAL SERVICES, INC. AND CHRISTINE MALANEY, TO PLAINTIFF'S MOTION TO AMEND THE COURT'S SEPTEMBER 26, 2007 SCHEDULING ORDER with the Clerk of Court using CM/ECF.

Ophelia Michelle Waters, Esquire
Department of Justice
820 N. French Street
Wilmington, DE 19801

      I hereby certify that on June 18, 2008, I have mailed by United States Postal Service, the RESPONSE OF DEFENDANTS, CORRECTIONAL MEDICAL SERVICES, INC. AND CHRISTINE MALANEY, TO PLAINTIFF'S MOTION TO AMEND THE COURT'S SEPTEMBER 26, 2007 SCHEDULING ORDER to the following non-registered participant:

James W. Riley, SBI #169716
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

      MARSHALL, DENNEHEY, WARNER,
COLEMAN AND GOGGIN

BY:   /s/ Kevin J. Connors
      KEVIN J. CONNORS, ESQUIRE (DE ID # 2135)
      1220 N. Market Street, 5th Floor
      P.O. Box 130
      Wilmington, DE 19899-0130
      (302) 552-4302
      Attorney for Defendants, Correctional Medical Services, Inc.

Date: June 18, 2008
15/634891.v1