IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| James W. Riley, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 06-01GMS |
| Stan Taylor, Thomas Carroll, David | ) | |
| Pierce, First Correctional Medical, | ) | |
| LLC, Correctional  Medical Services, | ) | |
| Inc., and Christine Malaney, | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION REGARDING JOINDER**
**IN RESPONSE/MOTION TO AMEND SCHEDULING ORDER**

COME NOW, Defendants, Correctional Medical Services, Inc, (hereinafter "CMS"), Christine Malaney, and State Defendants Stan Taylor, Thomas Carroll, and David Pierce, (hereinafter "State Defendants"), by and through their undersigned counsel and hereby stipulate to State Defendants' joinder in response to amend the scheduling order (D.I. 102) that was filed by Correctional Medical Services, Inc. and Christine Malaney on June 19, 2008 (the "Response").

All terms and provisions of the Response are fully incorporated herein.

An Amended Order is attached hereto.

| | |
|---|---|
| /s/Kevin J. Connors | /s/ Ophelia M. Waters |
| Kevin J. Connors, Esq (ID# 2135) | Ophelia M. Waters (ID#3879) |
| Marshall, Dennehey, Warner, | Deputy Attorney General |
| Coleman & Goggin | Delaware Department of Justice |
| 1220 N. Market St., Suite 500 | 820 N. French Street, 6th Floor |
| Wilmington, DE 19899 | Carvel State Office Building |
| (302) 552-4300 | Wilmington, DE 19801 |
| Attorney for Defendants Correctional Medical | (302) 577-8400 |
| Services, Inc. and Christine Malaney | Attorney for State Defendants |
| | ophelia.waters@state.de.us |

Date:   June 19, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| James W. Riley, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vi. | ) | |
| | ) | Civil Action No. 06-01GMS |
| Stan Taylor, Thomas Carroll, David | ) | |
| Pierce, First Correctional Medical, | ) | |
| LLC, Correctional  Medical Services, | ) | |
| Inc., and Christine Malaney, | ) | |
| | ) | |
| Defendants. | ) | |

## **AMENDED ORDER**

Upon consideration of the joint response (by stipulation) of the State Defendants,

Correctional Medical Services, Inc., and Christine Malaney, to amend the scheduling

Order (the "Response"); and it appearing that good and sufficient notice of the Response

has been given; and after due deliberation thereon:

**IT IS HEREBY ORDERED** as follows:

The Amended Scheduling Order (D.I. 102) is **GRANTED**.

SO ORDERED this _____ day of _____, 2008.

_____
Chief Judge Gregory M. Sleet

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2008 I electronically filed *Defendants'*
*Stipulation and Amended Scheduling Order* with the Clerk of Court using CM/ECF,
which sent an electronic copy to Kevin J. Connors, Esquire, Marshall, Dennehey,
Warner, Coleman & Coggin, 1220 North Market Street, 5th Floor, Post Office Box 8888,
Wilmington, DE  19899-8888.  I hereby certify that on June 19, 2008 I have mailed by
United States Postal Service, the document to the following non-registered participant:
James W. Riley; SBI # 169716; Delaware Correctional Center; 1181 Paddock Road;
Smyrna, DE 19977.

.

                    **STATE OF DELAWARE**
                    **DEPARTMENT OF JUSTICE**


                    /s/ Ophelia M. Waters
                    Ophelia M. Waters, I.D. #3879
                    Deputy Attorney General
                    820 North French Street, 6th Floor
                    Wilmington, Delaware 19801
                    (302)577-8400
                    ophelia.waters@state.de.us