IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JAMES W. RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-001-GMS |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| STANLEY TAYLOR, THOMAS CARROLL, DAVID PIERCE, AMY MUNSON, MEDICAL ASSISTANT MALANEY, CORRECTIONAL MEDICAL SYSTEMS, FIRST CORRECTIONAL MEDICAL, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

I hereby certify that on July 8, 2008, I electronically filed the Responses of Defendants, Correctional Medical Services, Inc. and Christine Malaney, to Plaintiff's Request for Production (#3) dated March 20, 2008, which will send notification of such filing to the following:

Ophelia Michelle Waters, Esquire
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

I hereby certify that on July 8, 2008, I mailed by United States Postal Service, the Responses of Defendants, Correctional Medical Services, Inc. and Christine Malaney, to Plaintiff's Request for Production (#3) dated March 20, 2008, to the following non-registered participant:

James W. Riley
#169716
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                    **MARSHALL, DENNEHEY, WARNER,**
                    **COLEMAN & GOGGIN**

BY:       */s/ Kevin J. Connors*
           **KEVIN J. CONNORS, ESQ. (ID2135)**
           1220 North Market Street, 5th Fl.
           P.O. Box 8888
           Wilmington, DE 19899-8888
           Attorney for Defendants,
           Correctional Medical Services, Inc. and
           Christine Malaney

DATED:   July 8, 2008
15/641431.v1