**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JAMES W. RILEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-001-GMS |
| | ) | |
| v. | ) | |
| | ) | JURY TRIAL DEMANDED |
| STANLEY TAYLOR, THOMAS | ) | |
| CARROLL, DAVID PIERCE, AMY | ) | |
| MUNSON, MEDICAL ASSISTANT | ) | |
| MALANEY, CORRECTIONAL | ) | |
| MEDICAL SYSTEMS, FIRST | ) | |
| CORRECTIONAL MEDICAL, | ) | |
| | ) | |
| Defendants. | ) | |

# MEDICAL RECORDS PROVIDED BY DEFENDANTS, CORRECTIONAL MEDICAL SERVICES, INC. AND CHRISTINE MALANEY

# FILED UNDER SEAL