From: James W. Riley
Vaughn Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

To: Chief Judge Gregory M. Sleet
United States District Court
844 North King St., Lockbox 31
Wilmington, Delaware 19801-3570



August 11, 2008

Re: Riley v. Taylor, et al., C.A. No. 06-01-GMS
{ "Acknowledgement Of Receipt Of Medical
Records With Defendants' August 4, 2008
Letter To Judge Sleet }

Dear Judge Sleet,
   This is plaintiff James Riley's acknowledgement of receiving a number of assorted medical records along with defendants' August 4, 2008, letter to Your Honor.
   As explained in defendants' August 4th letter, some of these medical records are associated with their November 15, 2007 "Responses To Plaintiff's Requests For Production Of Documents" (see Defendants' Discovery Responses D.I.#82).
   Defendants' August 4, 2008 Letter to Your Honor is in response to plaintiff's July 16, 2008, to Your Honor explaining that defendants did not provide any medical records with their November 15, 2007 Discovery Responses (D.I.#82). Plaintiff have no reason to

lie to the court!!

The medical records in controversy here are related to any treatment provided by the medical staff in 2002 for plaintiff's rectal dysfunction. (See Defendants' March 20, 2008 Discovery Responses D.I.#106 citing D.I.#82).

Despite the defendants' up to date discovery responses, they still failed to provide the medical records from 2002 relating to plaintiff's requests for medical treatment for his rectal disorder.

Enclosed herewith is the only medical document, dated May 22, 2002, plaintiff have in his possession (not the product of any of the defendants discovery responses) which reveals that plaintiff was seen by the medical staff on May 8, 2002, for requests for medical treatment possibly dating back to April 2002. (Note: The lab work referred to in this document stems from plaintiff request to be tested for specific diseases).

Also attached hereto is a medical document provided by defendants' discovery responses which reveal that plaintiff was prescribed medication on September 24, 2002, for his rectal disorder. However, the defendants have not provided all the preliminary medical records relating to the doctor's decision to prescribe medication.

Thus, defendants' discovery responses Number 1 thru 3 dated July 8, 2008 (D.I#106) are inadequate!

Plaintiff trust that the defendants will provide these relevant medical records without an Order from this Court.

cc:
Ophelia M. Waters, (DAG)
Kevin J. Connors, Esq.

Thank You!
James W. Riley



**CMS**
DEDICATED PEOPLE
MAKING A DIFFERENCE
Correctional Medical Services

Date:     5/22/02

To:       I/M James Riley SBI# 169716 SHU 18

From:     Robert Hampton, RN DON

Re:       request for care

Seen by PA DeKler on 5/8/02 for attached complaints. Lab work was ordered to rule out specific diseases. There is also documented weight gain on your chart over a 2-year period. Please do not assume that you have a serious medical condition without documented evidence.

Robert Hampton, RN

Robert Hampton, RN DON

CC:       File

**Facility Name:** DCC SMYRNA

**Month/Year:** Oct 02

**Patient Name:** Riley, James
**ID:** 00716
**Wing:** AU3

Colace 100 mg PO BID × 30 days — Start 9/24/02 — Stop 10/23/02

Hemorrhoidal Cream BID × 30 days — Start 9/24/02 — Stop 10/23/02

**Allergy:** NKDA

**Diagnosis:** [illegible]

Nurses' signatures:
- R. Bernard LPN
- M. Turner
- [illegible signatures]
- Lisa Brown LPN

Documentation codes:
- D - Discontinued Order
- R - Refused
- S - Self Administered
- C - Dose Omitted
- C - Court
- NS - No Show
- Medical Hold
- LD - Lock Down
- O - Other