(Written Copy)

From: James W. Riley
Vaughn Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977



To: Kevin J. Connors
1220 N. Market St., 5th, Fl.
P.O. Box 8888
Wilmington, Delaware 19899-8888

August 11, 2008

Re: Riley v. Taylor, et al.,
    C.A. No. 06-01-GMS

Dear Mr. Connors,

Enclosed please find the recent letter I wrote to Judge Sleet dated August 11, 2008, regarding your previous discovery responses. Attached to my letter to Judge Sleet are two documents which indicate that I was seen by CMS doctors between April and October of 2002 on several occasions. You have failed repeatedly to provide any and all medical records from this period. I understand that you are only the attorney for CMS and have no control over the medical files of the prisoners under CMS care, however it would be helpful to just say that the requested medical records from 2002 do not exist, were lost or missing from plaintiff Riley's files.

    I appreciate your candor in this regard. Thank you!

                                            Very Truly!
                                            James W. Riley
                                            Plaintiff

CC:
Judge Sleet (Dist. CT. files)
Ophelia M. Waters (DAG)



I/M _James W. Riley_

SBI# _169716_ UNIT _SHU, Bldg. 17_

JAMES T. VAUGHN CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Chief Judge Gregory M. Sleet

U. S. District Court of Del.

844 N. King St., Lockbox 31

Wilmington, Delaware

19801-3570